B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Galaxie Lumber & Construction Co.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3430953** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4761 W Touhy Avenue**<br>**Lincolnwood, IL**                    ZIP Code **60712** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br><br>■ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9          of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13        of a Foreign Nonmain Proceeding |
|---|---|---|

| **Chapter 15 Debtors**<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as        business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**      *** Joseph A. Baldi 00100145 ***<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11)                                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Galaxie Lumber & Construction Co.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)              (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Galaxie Lumber & Construction Co.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Joseph A. Baldi** _____
   Signature of Attorney for Debtor(s)

   **Joseph A. Baldi 00100145**
   Printed Name of Attorney for Debtor(s)

   **Baldi Berg & Wallace, Ltd.**
   Firm Name

   **19 South LaSalle Street**
   **Suite 1500**
   **Chicago, IL 60603**

   Address

                    **Email: jabaldi@ameritech.net**
   **312-726-8150  Fax: 312-332-4629**
   Telephone Number

   **July 21, 2012**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bruce Pinsler** _____
   Signature of Authorized Individual

   **Bruce Pinsler**
   Printed Name of Authorized Individual

   **President**
   Title of Authorized Individual

   **July 21, 2012**
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
   Printed Name of Foreign Representative

_____
   Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6D (Official Form 6D) (12/07)

In re    **Galaxie Lumber & Construction Co.**                                              ,    Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Interest | | | | | |
| **ALLIED BUILDING PRODUCTS CORP.** **2424 N. PULASKI ROAD** **Chicago, IL 60639** | X | - | **all personal property of debtor** | | | | | |
| | | | Value $                    **0.00** | | | | **481,388.25** | **481,388.25** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| __0__  continuation sheets attached | | | | Subtotal (Total of this page) | | | **481,388.25** | **481,388.25** |
| | | | | Total (Report on Summary of Schedules) | | | **481,388.25** | **481,388.25** |

B6E (Official Form 6E) (4/10)

In re  **Galaxie Lumber & Construction Co.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    __3__    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Galaxie Lumber & Construction Co.**                                    ,        Case No. _____
                                          **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Bruce Pinsler 4 Elsinoor Drive Lincolnshire, IL 60069 | - | | | | | | 3,502.86 | 0.00 3,502.86 | |
| Account No. | | | | | | | | | |
| Carol Hernandez 3541 N Ozanam Chicago, IL 60634 | - | | | | | | 4,540.00 | 0.00 4,540.00 | |
| Account No. | | | | | | | | | |
| Dennis Hill 1801 N Larrabee Chicago, IL 60614 | - | | | | | | 4,175.00 | 0.00 4,175.00 | |
| Account No. | | | | | | | | | |
| Leeanne Rauci 1415 Ashley Road Hoffman Estates, IL 60195 | - | | | | | | 5,097.65 | 0.00 5,097.65 | |
| Account No. | | | | | | | | | |
| Michael Rowe 4606 LILAC Glenview, IL 60025 | - | | | | | | 7,894.05 | 0.00 7,894.05 | |

Sheet  **1**   of  **3**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 25,209.56 | 25,209.56 | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6E (Official Form 6E) (4/10) - Cont.

In re  **Galaxie Lumber & Construction Co.** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **Patrick Ryan** <br> **2165 Sunnyside** <br> **Chicago, IL 60613** | - | | | | | | | | 0.00 |
| | | | | | | | | 10,910.64 | 10,910.64 |
| Account No. <br><br> **Robert Tourounjian** <br> **9837 S Turner** <br> **Evergreen Pk, IL 60805** | - | | | | | | | | 0.00 |
| | | | | | | | | 4,700.00 | 4,700.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet _**2**___ of _**3**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal | 0.00 |
|---|---|
| (Total of this page) | 15,610.64 · 15,610.64 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re  **Galaxie Lumber & Construction Co.**                                    ,      Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Illinois Department of Revenue** **100 W. Randolph St.** **Level 7-495** **Chicago, IL 60601** | - | | | | | | | 0.00 |
| | | | | | | | 11,340.72 | 11,340.72 |
| Account No. | | | | | | | | |
| **Illinois Dept of Employment Security** **33 S. State St.** **Chicago, IL 60630** | - | | | | | | | 0.00 |
| | | | | | | | 27,914.63 | 27,914.63 |
| Account No. | | | | | | | | |
| **Internal Revenue Service** **230 S. Dearborn St.** **Chicago, IL 60604** | - | | | | | | | 0.00 |
| | | | | | | | 50,744.65 | 50,744.65 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **3**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | | Subtotal (Total of this page) | 0.00 |
|---|---|---|---|
| | | | 90,000.00 | 90,000.00 |
| | | Total (Report on Summary of Schedules) | 0.00 |
| | | | 130,820.20 | 130,820.20 |

B6F (Official Form 6F) (12/07)

In re    **Galaxie Lumber & Construction Co.**                                                    Case No. _____

,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **22ND CENTURY MEDIA LLC. 11516 WEST 183RD STREET OFFICE CONDO #3 UNIT SW ORLAND PARK, IL 60467** | - | | | | | | 3,871.13 |
| Account No. **A&H LITHOPRINT 2540 SOUTH 27th AVENUE Broadview, IL 60155** | - | | | | | | 511.75 |
| Account No. **ACCURATE FIRE EQUIPMENT CO. 3942 N. CENTRAL AVENUE BOX 8 Chicago, IL 60634** | - | | | | | | 52.00 |
| Account No. **ACTIVE COPIER 3839 W. DEVON CHICAGO Chicago, Il 60659** | - | | | | | | 816.86 |
| __32__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 5,251.74 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galaxie Lumber & Construction Co.** ,                    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **AGNES BIENICK** **451 WESTMERE ROAD** **Des Plaines, IL 60016** | - | | | | | | 2,400.00 |
| Account No. **ALBANY DOOR CO INC** **5846 WEST 66th STREET** **Bedford Park, IL 60638** | - | | | | | | 1,222.99 |
| Account No. **Allen** **5645 W Patterson** **Chicago, IL 60634** | - | | | | | | 5,260.00 |
| Account No. **ALLIED BUILDING (COD)** **2424 N. PULASKI ROAD** **Chicago, IL 60639** | - | | | | | | 50,566.27 |
| Account No. **ALLIED BUILDING PRODUCTS** **(214398)** **2424 N. PULASKI ROAD** **Chicago, IL 60639** | - | | | | | | 430,821.98 |

Sheet no. _**1**_ of _**32**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

490,271.24

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Galaxie Lumber & Construction Co.** , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **ALLIED BUILDING PRODUCTS (NEW)** **2424 N. PULASKI ROAD CHICAGO** **Chicago, IL 60639** | - | | | | | | 50,566.27 |
| Account No. | | | | | | | |
| **ALLIED BUILDING PRODUCTS CORP.** **2424 N. PULASKI ROAD CHICAGO** **Chicago, IL 60639** | - | | | | | | 430,821.98 |
| Account No. | | | | | | | |
| **ALLIED WASTE SERVICE** **2608 S. DAMEN** **Chicago, IL 60608** | - | | | | | | 875.38 |
| Account No. | | | | | | | |
| **ALSIDE SUPPLY CENTER** **5565 N. LYNCH AVENUE** **Chicago, IL 60630** | - | | | | | | 12,345.06 |
| Account No. | | | | | | | |
| **AMERICAN INBOUND** **P.O. BOX 2625** **Bloomington, IL 47402** | - | | | | | | 595.32 |

Sheet no. __2__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        495,204.01

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Galaxie Lumber & Construction Co.**                                    ,        Case No. _____
                                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**ANGIE'S LIST, INC.**<br>**1030 E. WASHINGTON**<br>**Indianapolis, IN 46202** | - | | | | | | | 4,527.32 |
| Account No.<br><br>**ARONBERG GOLDGEHN**<br>**330 NORTH WABASH AVENUE SUITE 1700**<br>**Chicago, IL 60611** | - | | | | | | | 163.44 |
| Account No.  **(xxx) xxx-0008**<br><br>**AT & T**<br>**P.O. BOX 8100**<br>**Aurora, IL 60507** | - | | | | | | | 25.26 |
| Account No.<br><br>**AT YOUR SERVICE INC.**<br>**1171 PLEASANT CT**<br>**Batavia, IL 60510** | - | | | | | | | 2,150.00 |
| Account No.  **(xxx) xxx-8300**<br><br>**AT&T**<br>**P.O. BOX 8100**<br>**Aurora, IL 60707** | - | | | | | | | 918.29 |

Sheet no. _**3**___ of _**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,784.31

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Galaxie Lumber & Construction Co.**                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **(xxx) xxx-7730** <br><br> **AT&T** <br> **P.O. BOX 8100** <br> **Aurora, IL 60707** | - | | | | | | 475.58 |
| Account No. <br><br> **AXIS RESPONSE GROUP, LLC** <br> **PO BOX 2848** <br> **Glenview, IL 60025** | - | | | | | | 3,500.00 |
| Account No. <br><br> **BABYLON  CONSTRUCTION** <br> **20676 N. ELZIBETH AVE** <br> **Lincolnshire, IL 60069** | - | | | | | | 18,312.83 |
| Account No. <br><br> **Baldwin** <br> **2022 Larkdale Dr** <br> **Chicago, IL 60657** | - | | | | | | 1,360.00 |
| Account No. <br><br> **Bell** <br> **345 W Swann** <br> **Chicago, IL 60609** | - | | | | | | 3,000.00 |

Sheet no. __4__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    26,648.41

B6F (Official Form 6F) (12/07) - Cont.

In re **Galaxie Lumber & Construction Co.** ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bradley** <br> **5547 W Congress Pky** <br> **Chicago, IL 60644** | - | | | | | | 600.00 |
| Account No. <br><br> **Brown** <br> **286 Muskegon** <br> **Calumet City, IL 60409** | - | | | | | | 1,000.00 |
| Account No. <br><br> **BRUCE PINSLER** <br> **4 ELSINOOR** <br> **Lincolnshire, IL 60069** | - | | | | | | 1,388.71 |
| Account No. <br><br> **Bruce Pinsler** <br> **4 Elsinoor Drive** <br> **Lincolnshire, IL 60069** | - | | **2007 to 2012** <br> **loans for buyout of former partner** | | | | 324,078.00 |
| Account No. <br><br> **Bruce Pinsler** <br> **4 Elsinoor Drive** <br> **Lincolnshire, IL 60069** | - | | **2011-2012** <br> **loans for general corporate purposes** | | | | 442,098.00 |

Sheet no. __5__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

769,164.71

B6F (Official Form 6F) (12/07) - Cont.

In re  **Galaxie Lumber & Construction Co.**                                      ,     Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **CALL SOURCE PO BOX 60280 Los Angeles, CA 90060** | | | | | | | | **2,944.00** |
| Account No. | | - | | | | | | |
| **CARDMEMBER SERVICE** | | | | | | | | **200.00** |
| Account No. | | - | | 2012 loans for general corporate purposes | | | | |
| **Carol Hernandez 3541 N Ozanam Chicago, IL 60634** | | | | | | | | **30,000.00** |
| Account No. | | - | | | | | | |
| **CBEYOND 13474 COLLECTION CENTER DR. Chicago, IL 60693** | | | | | | | | **74.32** |
| Account No. | | - | | | | | | |
| **CBS-TV 190 NORTH STATE STREET Chicago, IL 60601** | | | | | | | | **61,255.00** |

Sheet no. __6___ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **94,473.32**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galaxie Lumber & Construction Co.** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CHICAGO BLACKHAWKS** 1901 W. MADISON ST. Chicago, IL 60612 | - | | | | | | 100,000.00 |
| Account No. **CHICAGO BULLS** 1901W . MADISON ST Chicago, IL 60612 | - | | | | | | 61,000.00 |
| Account No. **CHICAGO CUBS** 1060 W. ADDISON STREET Chicago, IL 60613 | - | | | | | | 16,391.00 |
| Account No. **CHICAGO EXPRESS** 5333 PRAIRIE STONE PARKWAY Hoffman Estates, IL 60192 | - | | | | | | 7,500.00 |
| Account No. **CHICAGO FLAMEPROOF** 1200 SOUTH LAKE STREET PO BOX 318 Montgomery, IL 60538 | - | | | | | | 68,813.30 |

Sheet no. __7__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                       253,704.30

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galaxie Lumber & Construction Co.**                                    ,        Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CHICAGO SUNTIMES**<br>**350 N. ORLEANS 10TH FLOOR**<br>**Chicago, IL 60654** | - | | | | | | 118,580.56 |
| Account No.<br><br>**CHICAGO WHITE SOX**<br>**333 WEST 3TH STREET**<br>**Chicago, IL 60616** | - | | | | | | 103,501.00 |
| Account No.<br><br>**CHICAGO WOLVES**<br>**2301 RAVINE WAY**<br>**Glenview, IL 60025** | - | | | | | | 55,000.00 |
| Account No.<br><br>**Chico & Nunes, P.C.**<br>**333 W Wacker Drive**<br>**Suite 1800**<br>**Chicago, IL 60606** | - | | professional services | | | | 485.00 |
| Account No.<br><br>**Citi**<br>**PO Box 688901**<br>**Des Moines, IA 50368-8901** | - | | | | | | 2,000.00 |

Sheet no. __8__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

279,566.56

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Galaxie Lumber & Construction Co.** ,                      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| CITY OF CHICAGO 121 N. LASALLE STREET Chicago, IL 60602 | - | | | | | | 713.88 |
| Account No. | | | | | | | |
| COMCAST 18745 W. HIGGINS ROAD #4 FLOOR Chicago, IL 60631 | - | | | | | | 288.76 |
| Account No. | | | | | | | |
| COMCAST SPORTS NET 75 REMITTANCE DRIVE SUITE 2850 Chicago, IL 60675 | - | | | | | | 52,600.00 |
| Account No. | | | | | | | |
| COMCAST SPOTLIGHT 18745 W. HIGGINS ROAD #4 FLOOR Chicago, IL 60631 | - | | | | | | 51,574.36 |
| Account No. | | | | | | | |
| COMMONWEALTH EDISON BILL PAYMENT CENTER Chicago, IL 60668 | - | | | | | | 923.60 |

Sheet no. __9__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

106,100.60

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Galaxie Lumber & Construction Co.**                                    ,    Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CORPORATE THREADS** <br>**2929 HIGHWAY AVENUE** <br>**Highland, IN 46322** | - | | | | | | | 8,772.85 |
| Account No. <br><br>**Courtney** <br>**9630 S Leavitt** <br>**Chicago, IL 60653** | - | | | | | | | 1,900.00 |
| Account No. <br><br>**DAILY HERALD** <br>**PO BOX 3204** <br>**Arlington Herights, IL 60006** | - | | | | | | | 15,600.00 |
| Account No. <br><br>**DAVID HIRSH** <br>**7059 N. ASHLAND** <br>**Chicago, IL 60626** | - | | | | | | | 40.00 |
| Account No. <br><br>**DAVID RUSCH MEDIA** <br>**600 W Grove Parkway** <br>**Suite 2013** <br>**Tempe, AZ 85283** | - | | | | | | | 420.00 |

Sheet no. __10__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,732.85

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galaxie Lumber & Construction Co.**                                      ,       Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | professional services | | | | |
| **DiMonte & Lizak, LLC** **216 Higgins Road** **Park Ridge, IL 60068** | - | | | | | | 799.50 |
| Account No. | | | | | | | |
| **DRIVEN FENCE, INC.** **2000 NORTH RUBY STREET** **Melrose Park, IL 60160** | - | | | | | | 504.00 |
| Account No. | | | | | | | |
| **Duet** **3768 W 78th Pl** **Chicago, IL 60652** | - | | | | | | 1,000.00 |
| Account No. | | | | | | | |
| **EARLY WARNING ALARMS INC.** **7720 W. TOUHY AVENUE UNIT B** **Chicago, IL 60631** | - | | | | | | 240.00 |
| Account No. | | | | | | | |
| **ENVIRONMENTAL FUTURES** **2210 WEST IRVING PARK ROAD** **Chicago, IL 60618** | - | | | | | | 675.00 |

Sheet no. __11__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,218.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galaxie Lumber & Construction Co.**                                     ,    Case No. _____
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **EVERGREEN OAK ELECTRIC** **PO BOX 549** **Crestwood, IL 60445** | - | | | | | | 1,985.86 |
| Account No. | | | | | | | |
| **Ferguson** **710 E 91st** **Chicago, IL 60619** | - | | | | | | 5,000.00 |
| Account No. | | | | | | | |
| **G NEIL** | - | | | | | | 57.31 |
| Account No. | | | | | | | |
| **GALOMEX** **14620 S. 108TH AVENUE** **Orland Park, IL 60467** | - | | | | | | 14,498.02 |
| Account No. | | | | | | | |
| **GLOBAL COM** **P.O. BOX 71-5248** **Columbus, OH 43271** | - | | | | | | 124.90 |

Sheet no. __12__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **21,666.09**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Galaxie Lumber & Construction Co.** _____,    Case No. _____

_Debtor_

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **GRAINGER** **8045 River Drive** **Morton Grove, IL 60053** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **GRAPEVINE TELEPHONE NETWORK SOLUTIONS LL** **7900 NAGLE AVENUE** **Morton Grove, IL 60053** | - | | | | | | 327.50 |
| Account No. | | | | | | | |
| **Greinke** **1108 S Crescent** **Park Ridge, IL 60068** | - | | | | | | 1,700.00 |
| Account No. | | | | | | | |
| **GROOT INDUSTRIES INC.** **PO BOX 92317** **Elk Grove Village, IL 60009** | - | | | | | | 226.13 |
| Account No. | | | | | | | |
| **GRZEGORZ A. PISZKO** **5641 W. 103RD A #203** **Oak Lawn, IL 60453** | - | | | | | | 2,922.78 |

Sheet no. __13__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **5,176.41**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Galaxie Lumber & Construction Co.**                                ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hamilton**<br>**8820 S Oglesby**<br>**Chicago, IL 60617** | - | | | | | | 5,000.00 |
| Account No.<br><br>**Holub**<br>**9039 N Major**<br>**Morton Grove, IL 60053** | - | | | | | | 1,360.00 |
| Account No.<br><br>**HOMEWOOD DISPOSAL SERVICE INC.**<br>**1501 w. 175TH STREET**<br>**Homewood, IL 60430** | - | | | | | | 56.25 |
| Account No.<br><br>**INDEPENDENT RECYCLING**<br>**CH 17514**<br>**Palatine, IL 60055** | - | | | | | | 56,500.00 |
| Account No.<br><br>**JACKSON - HIRSH, INC.**<br>**. 700 ANTHONY TRAIL**<br>**Northbrook, IL 60062** | - | | | | | | 519.49 |

Sheet no. __14__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

63,435.74

B6F (Official Form 6F) (12/07) - Cont.

In re    **Galaxie Lumber & Construction Co.**                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **JARVIS GREENVIEW CURRENCY EXCHANGE 7058 N Greenview Chicago, IL 60626** | - | | | | | | | 3,950.87 |
| Account No. **JOSE BORRERO 2404 S. RIDGELAND AVE. Berwyn, IL 60402** | - | | | | | | | 1,500.00 |
| Account No. **Karnuth 3416 N. Albany Ave. Chicago, IL 60618** | - | | | | | | | 3,740.00 |
| Account No. **Koelling 1683 Templeton Ct Mundelein, IL 60060** | - | | | | | | | 339.00 |
| Account No. **Lee 2203 Francine Ave Joliet, IL 60436** | - | | | | | | | 2,000.00 |

Sheet no. __15__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,529.87

B6F (Official Form 6F) (12/07) - Cont.

In re    **Galaxie Lumber & Construction Co.**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br>**LEEANNE RAUCCI** | - | | | | | | 887.35 |
| Account No.  <br><br>**LEVINSON COMMUNICATIONS**<br>**6321 W. DEMPSTER SUITE 255**<br>**Morton Grove, IL 60053** | - | | | | | | 3,600.00 |
| Account No.  <br><br>**Lewis**<br>**1600 S 4th Ave**<br>**Maywood, IL 60153** | - | | | | | | 2,628.00 |
| Account No.  <br><br>**LIBERTY WASTE & RECYCLING**<br>**SERVICE**<br>**24821 N GILMER RD**<br>**Mundelein, IL 60060** | - | | | | | | 1,204.50 |
| Account No.  <br><br>**LINCOLNWOOD POLICE**<br>**DEPARTMENT**<br>**6900 NORTH LINCOLN AVENUE**<br>**Lincolnwood, IL 60712** | - | | | | | | 85.00 |

Sheet no. __16__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,404.85**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Galaxie Lumber & Construction Co.**                                  ,       Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **LUKE ELECTRIC** 10137 HARTFORD CT APT 3A Schiller Park, IL 60176 | - | | | | | | 175.00 |
| Account No. **Lump** 8634 40th St Lyons, IL 60534 | - | | | | | | 2,200.00 |
| Account No. **MAGDALIN CREATIVE MEDIA** 2000 WEST FULTON STREET Chicago, IL 60612 | - | | | | | | 2,400.00 |
| Account No. **MARC BUSINESS FORMS** 6416 RIDGEWAY AVENUE Lincolnwood, IL 60712 | - | | | | | | 961.22 |
| Account No. **MARIA WAJDA** 925 E. COACH ROAD Palatine, IL 60076 | - | | | | | | 40.00 |

Sheet no. __17__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5,776.22

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galaxie Lumber & Construction Co.**                                      ,       Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MARIA'S FLOWERS BOUTIQUE 6520 N. LINCOLN AVENUE Lincolnwood, IL 60712** | - | | | | | | 290.21 |
| Account No. **MASCO CABINETRY PO BOX 198192 Atlanta, GA 30384** | - | | | | | | 277,007.12 |
| Account No. **MASON BROTHERS & SONS 2318 GREENWOOL RD. Glenview, IL 60026** | - | | | | | | 1,000.00 |
| Account No. **MASTER BRAND CABINETS 75 REMITTANCE DR SUITE 1860 Chicago, IL 60675** | - | | | | | | 13,232.62 |
| Account No. **MCI P.O. BOX 371838 Pittsburgh, PA 15250** | - | | | | | | 123.21 |

Sheet no. __18__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

291,653.16

B6F (Official Form 6F) (12/07) - Cont.

In re    **Galaxie Lumber & Construction Co.** ,                              Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **MESIROW INSURANCE 2413 MOMENTUM PLACE Chicago, IL 60689** | - | | | | | | 350.00 |
| Account No. | | | 2007 **loan for buyout of former partner** | | | | |
| **Michael Rowe 4606 LILAC Glenview, IL 60025** | - | | | | | | 268,931.00 |
| Account No. | | | | | | | |
| **Michael Rowe 4606 LILAC Glenview, IL 60025** | - | | | | | | 20,000.00 |
| Account No. | | | | | | | |
| **MVP FIRE PROTECTION SYSTEMS INC. 16524 S. KILBOURN AVE Oak Forest, IL 60452** | - | | | | | | 275.00 |
| Account No. | | | | | | | |
| **MYRON & PHILS 3900 WEST DEVON AVENUE Lincolnwood, IL 60712** | - | | | | | | 1,500.00 |

Sheet no. __19__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          291,056.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Galaxie Lumber & Construction Co.**                                      Case No. _____
                                                                    ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| NICOR PO BOX 416 Aurora, IL 60568 | - | | | | | | 169.79 |
| Account No. | | | | | | | |
| NICOR GAS PO BOX 416 Aurora, IL 60568 | - | | | | | | 171.67 |
| Account No. | | | | | | | |
| NORTH SHORE GAS 130 E RANDOLPH ST. # 300 Chicago, IL 60601 | - | | | | | | 194.04 |
| Account No. | | | | | | | |
| NORTH SHORE TOWING, INC. 2527 OAKTON ST Evanston, IL 60202 | - | | | | | | 97.00 |
| Account No. | | | | | | | |
| NORTHWESTERN WILDCATS P.O. BOX 843038 Kansas City, MO 64184 | - | | | | | | 55,000.00 |

Sheet no. __20__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,632.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **Galaxie Lumber & Construction Co.**                                            ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **PAETEC P.O. BOX 3243 Milwaukee, WI 53201** | - | | | | | | **2,074.89** |
| Account No. **Patrick Ryan 2165 Sunnyside Chicago, IL 60613** | - | | | | | | **1,011.00** |
| Account No. **Patrick Ryan 2165 Sunnyside Chicago, IL 60613** | - | | **2012 loan for general corporate purposes** | | | | **20,000.00** |
| Account No. **PAYMENT PROCESSING CENTER (154915517358) PO BOX 9001951 Louisville, KY 40290** | - | | | | | | **513.68** |
| Account No. **PAYMENT PROCESSING CENTER (611916707600) PO BOX 9001951 Louisville, KY 40290** | - | | | | | | **602.19** |

Sheet no. __21__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**24,201.76**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Galaxie Lumber & Construction Co.**                                      ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. PEERLESS COFFEE & VENDING 340 MELVIN DRIVE Northbrook, IL 60062 | - | | | | | | | 765.47 |
| Account No. PERFECTION CUSTOM CLOSETS 7183 NORTH AUSTIN Niles, IL 60714 | - | | | | | | | 175.00 |
| Account No. PITNEY BOWES GLOBAL FINANCIAL PO BOX 856390 Louisville, KY 40285 | - | | | | | | | 351.93 |
| Account No. PREMIUM STORES 254 KENMORE AVE Deerfield, IL 60015 | - | | | | | | | 6,409.98 |
| Account No. PROFILE CONSTRUCTION INC. 345 N. ASH AVENUE Woodale, IL 60191 | - | | | | | | | 1,876.42 |

Sheet no. __22__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    9,578.80

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Galaxie Lumber & Construction Co.** ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **PROFORMA LAKE SHORE PRINT & PROMOTIONS** P.O. BOX 640814 Cincinnati, OH 45264 | - | | | | | | | 5,145.66 |
| Account No. | | | | | | | | |
| **PURCHASE POWER** 5101 INTERCHANGE WAY Louisville, KY 40229 | - | | | | | | | 1,822.77 |
| Account No. | | | | | | | | |
| **QUALITY CONSTRUCTION** 1530 CHRISTINA LANE Northbrook, IL 60062 | - | | | | | | | 1,500.00 |
| Account No. | | | | | | | | |
| **REMODELERS SUPPLY (HP)** 2500 N. PULASKI\ Chicago, IL 60639 | - | | | | | | | 11,933.32 |
| Account No. | | | | rent for April to July, 2012 | | | | |
| **REMODELERS SUPPLY (MP)** 2500 N. PULASKI Chicago, IL 60639 | - | | | | | | | 21,993.92 |

Sheet no. __23__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    42,395.67

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galaxie Lumber & Construction Co.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Robert Knabe** **Knabe, Kroning & Dedell** **20 S. Clark St, Suite 2301** **Chicago, IL 60603** | | | Representing: **REMODELERS SUPPLY (MP)** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **REMODELERS SUPPLY (PS)** **2500 N. PULASKI** **Chicago, IL 60639** | | - | | | | | **4,101.81** |
| Account No. | | | | | | | |
| **REMODELERS SUPPLY (SP)** **2500 N. PULASKI** **Chicago, IL 60639** | | - | | | | | **6,147.07** |
| Account No. | | | | | | | |
| **RICOH** **4667 N. ROYAL ATLANTA DR.** **1st FLOOR** **Tucker, GA 30084** | | - | | | | | **184.42** |
| Account No. | | | | | | | |
| **Robert Tourounjian** **9837 S Turner** **Evergreen Pk, IL 60805** | | - | **2011-2012** **loans for general corporate purposes** | | | | **90,000.00** |

Sheet no. __24__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**100,433.30**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Galaxie Lumber & Construction Co.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | professional services | | | | |
| **ROCKOFF HARLAN RASOF 3818 OAKTON STREET Skokie, IL 60076** | - | | | | | | | **4,454.00** |
| Account No. | | | | | | | | |
| **Roehm 1744 Tufts Naperville, IL 60565** | - | | | | | | | **500.00** |
| Account No. | | | | 2007 loan for buyout of former partner by Pinsler and Rowe | | | | |
| **Rudolpho Magna 14620 S 108th Ave Orland Park, IL 60467** | - | | | | | | | **285,000.00** |
| Account No. | | | | | | | | |
| **SAVE IN EVERYTHING 1000 W. MAPLE ROAD SUITE 200 Troy, MI 48084** | - | | | | | | | **4,318.29** |
| Account No. | | | | | | | | |
| **Smith 12401 S Yale Chicago, IL 60628** | - | | | | | | | **5,100.00** |

Sheet no. __25__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**299,372.29**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galaxie Lumber & Construction Co.**                                     Case No. _____
                                                  ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **STATE OF ILLINOIS DEPARTMENT OF REVENUE 100 W RANDOLPH STt # 6-600 Chicago, IL 60601** | - | | | | | | | 9,636.02 |
| Account No. | | | | | | | | |
| **STEVE LASKER** | - | | | | | | | 250.00 |
| Account No. | | | | | | | | |
| **Stroger 8534 S Blackstone Chicago, IL 60619** | - | | | | | | | 722.50 |
| Account No. | | | | | | | | |
| **STUDIO 41 2500 N Pulaski Rd, Chicago IL Chicago, IL** | - | | | | | | | 24,742.13 |
| Account No. | | | | | | | | |
| **Sugar-Clark 348 Cherrywood Road Buffalo Grove, IL 60089** | - | | | | | | | 7,500.00 |

Sheet no. __26__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            42,850.65

B6F (Official Form 6F) (12/07) - Cont.

In re    **Galaxie Lumber & Construction Co.**                                ,        Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **SUPERIOR INDUSTRIAL SUPPLY** <br> **7300 N. OAK PARK AVENUE** <br> **Niles, IL 60714** | - | | | | | | | 333.47 |
| Account No. <br><br> **TAURUS SUPPLY** <br> **PO BOX 1034** <br> **Downers Grove, IL 60515** | - | | | | | | | 3,722.38 |
| Account No. <br><br> **THE INTEGRITY GROUP** <br> **1954 FIRST STREET SUITE 555** <br> **Higland Park, IL 60035** | - | | | | | | | 5,000.00 |
| Account No. <br><br> **THE TOWN OF CICERO** <br> **4949 WEST CERMAK ROAD** <br> **Cicero, IL 60804** | - | | | | | | | 100.00 |
| Account No. <br><br> **TRA THE RETIREMENT ADVANTAGE** <br> **47 PARK PLACE SUITE 850** <br> **Appleton, WI 54914** | - | | | | | | | 1,037.50 |

Sheet no. __27__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,193.35

B6F (Official Form 6F) (12/07) - Cont.

In re    **Galaxie Lumber & Construction Co.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **TRANS UNION** **P.O. BOX 99506** **Chicago, IL 60693** | - | | | | | | | 352.59 |
| Account No. | | | | | | | | |
| **TRIBUNE MEDIA GROUP** **435 N. MICHIGAN 2ND FLOOR** **Chicago, IL 60611** | - | | | | | | | 41,134.99 |
| Account No. | | | | | | | | |
| **UNI SHIPPERS** **2500 W. HIGGINS ROAD SUITE 1110** **Hoffman Estates, IL 60169** | - | | | | | | | 2,763.30 |
| Account No. | | | | | | | | |
| **Usher** **5932 Winchester** **Chicago, IL 60636** | - | | | | | | | 1,156.82 |
| Account No. | | | | | | | | |
| **VALPAK CHICAGOLAND** **1860 HAMPSHIRE DRIVE** **Hoffman Estates, IL 60192** | - | | | | | | | 7,050.00 |

Sheet no. __28__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,457.70

B6F (Official Form 6F) (12/07) - Cont.

In re **Galaxie Lumber & Construction Co.** ,                    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| VIA MEDIA 209 WEST JACKSON SUITE 810 Chicago, IL 60606 | - | | | | | | 41,578.13 |
| Account No. | | | | | | | |
| VILLAGE OF DEERFIELD 850 WAUKEGAN ROAD Deerfield, IL 60015 | - | | | | | | 153.12 |
| Account No. | | | | | | | |
| WBBM-AM 22577 NETWORK PLACE LOCKBOX 22577 Chicago, IL 60673 | - | | | | | | 10,555.20 |
| Account No. | | | | | | | |
| WBBM-FM 22 WEST WASHINGTON ST. Chicago, IL 60602 | - | | | | | | 4,652.00 |
| Account No. | | | | | | | |
| WEIGEL BROADCASTING 39936 TREASURY CENTER Chicago, IL 60694 | - | | | | | | 15,467.00 |

Sheet no. __29__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

72,405.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **Galaxie Lumber & Construction Co.** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **WESTFIELD INSURANCE** P.O. BOX 9001566 Louisville, KY 40290 | - | | | | | | 26,988.44 |
| Account No. | | | | | | | |
| **WGN** P.O. BOX 98473 Chicago, IL 60693 | - | | | | | | 121,828.50 |
| Account No. | | | | | | | |
| **WGN-AM** P.O. BOX 98473 Chicago, IL 60693 | - | | | | | | 65,905.30 |
| Account No. | | | | | | | |
| **WINDOW TO THE WORLD COMMUNICATIONS INC.** 5400 N. ST. LOUIS AVENUE Chicago, IL 60625 | - | | | | | | 48,000.00 |
| Account No. | | | | | | | |
| **WJMK-FM** 180 N STETSON, STE 900 Chicago, IL 60601 | - | | | | | | 8,682.00 |

Sheet no. __30__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

271,404.24

B6F (Official Form 6F) (12/07) - Cont.

In re    **Galaxie Lumber & Construction Co.**                                    ,        Case No. _____
                                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **WLS TELEVISION INC.** **190 NORTH STATE STREET** **Chicago, IL 60601** | - | | | | | | | 91,737.50 |
| Account No. | | | | | | | | |
| **WPWR CHANNEL 50** **205 N MICHIGAN AVENUE** **Chicago, IL 60601** | - | | | | | | | 2,554.25 |
| Account No. | | | | | | | | |
| **Wright** **901 N East Avenue** **Oak Park, IL 60302** | - | | | | | | | 4,675.00 |
| Account No. | | | | | | | | |
| **WSCR-AM** **22603 NETWORK PLACE** **Chicago, IL 60673** | - | | | | | | | 4,752.00 |
| Account No. | | | | | | | | |
| **WUSN-FM** **180 N STETSON AVE # 1000** **Chicago, IL 60601** | - | | | | | | | 7,424.00 |

Sheet no. __31__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

111,142.75

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Galaxie Lumber & Construction Co.**                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **WXRT-FM** **22603 NETWORK PLACE** **Chicago, IL 60673** | - | | | | | | | **21,055.80** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __**32**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **21,055.80** |
| Total (Report on Summary of Schedules) | **4,369,943.15** |

22ND CENTURY MEDIA LLC.
11516 WEST 183RD STREET
OFFICE CONDO #3 UNIT
SW ORLAND PARK, IL 60467


A&H LITHOPRINT
2540 SOUTH 27th AVENUE
Broadview, IL 60155


ACCURATE FIRE EQUIPMENT CO.
3942 N. CENTRAL AVENUE BOX 8
Chicago, IL 60634


ACTIVE COPIER
3839 W. DEVON CHICAGO
Chicago, Il 60659


AGNES BIENICK
451 WESTMERE ROAD
Des Plaines, IL 60016


ALBANY DOOR CO INC
5846 WEST 66th STREET
Bedford Park, IL 60638


Allen
5645 W Patterson
Chicago, IL 60634


ALLEN
4736 W Polk
Chicago, IL 60644


ALLIED BUILDING (COD)
2424 N. PULASKI ROAD
Chicago, IL 60639


ALLIED BUILDING PRODUCTS (214398)
2424 N. PULASKI ROAD
Chicago, IL 60639


ALLIED BUILDING PRODUCTS (NEW)
2424 N. PULASKI ROAD CHICAGO
Chicago, IL 60639

ALLIED BUILDING PRODUCTS CORP.
2424 N. PULASKI ROAD CHICAGO
Chicago, IL 60639


ALLIED BUILDING PRODUCTS CORP.
2424 N. PULASKI ROAD
Chicago, IL 60639


ALLIED WASTE SERVICE
2608 S. DAMEN
Chicago, IL 60608


ALSIDE SUPPLY CENTER
5565 N. LYNCH AVENUE
Chicago, IL 60630


AMERICAN INBOUND
P.O. BOX 2625
Bloomington, IL 47402


AMORELLA
7559 W Isham
Chicago, IL 60631


ANGIE'S LIST, INC.
1030 E. WASHINGTON
Indianapolis, IN 46202


ARNOLD
856 Osterman
Deerfield, IL 60015


ARONBERG GOLDGEHN
330 NORTH WABASH AVENUE SUITE 1700
Chicago, IL 60611


AT & T
P.O. BOX 8100
Aurora, IL 60507


AT YOUR SERVICE INC.
1171 PLEASANT CT
Batavia, IL 60510

AT&T
P.O. BOX 8100
Aurora, IL 60707


AXIS RESPONSE GROUP, LLC
PO BOX 2848
Glenview, IL 60025


BABYLON  CONSTRUCTION
20676 N. ELZIBETH AVE
Lincolnshire, IL 60069


BACKSTROM
11715 S Church
Chicago, IL 60643


Baldwin
2022 Larkdale Dr
Chicago, IL 60657


BALDWIN
1430 W Belmont Ave
Chicago, IL 60657


BANKS
838 N Leamington Ave
Chicago, IL 60651


BEDELL
1940 S 20th Ave
Broadview, IL 60155


Bell
345 W Swann
Chicago, IL 60609


BINKOWSKI
305 Plumtree Court
Bolingbrook, IL 60440


BOGACKI
5817 Albin Terrace
Berkeley, IL 60163

BONK
2432 N George St
Franklin Park, IL 60131


Bradley
5547 W Congress Pky
Chicago, IL 60644


BRANSFIELD
5015 N Winchester
Chicago, IL 60640


Brown
286 Muskegon
Calumet City, IL 60409


BRUCE PINSLER
4 ELSINOOR
Lincolnshire, IL 60069


Bruce Pinsler
4 Elsinoor Drive
Lincolnshire, IL 60069


CALL SOURCE
PO BOX 60280
Los Angeles, CA 90060


CARDMEMBER SERVICE


Carol Hernandez
3541 N Ozanam
Chicago, IL 60634


CARPENTER
385 Briarwood
Palatinee, IL


CAYLOR
619 N Eagle St
Naperville, IL 60563

CBEYOND
13474 COLLECTION CENTER DR.
Chicago, IL 60693

CBS-TV
190 NORTH STATE STREET
Chicago, IL 60601

CHICAGO BLACKHAWKS
1901 W. MADISON ST.
Chicago, IL 60612

CHICAGO BULLS
1901W . MADISON ST
Chicago, IL 60612

CHICAGO CUBS
1060 W. ADDISON STREET
Chicago, IL 60613

CHICAGO EXPRESS
5333 PRAIRIE STONE PARKWAY
Hoffman Estates, IL 60192

CHICAGO FLAMEPROOF
1200 SOUTH LAKE STREET PO BOX 318
Montgomery, IL 60538

CHICAGO SUNTIMES
350 N. ORLEANS 10TH FLOOR
Chicago, IL 60654

CHICAGO WHITE SOX
333 WEST 3TH STREET
Chicago, IL 60616

CHICAGO WOLVES
2301 RAVINE WAY
Glenview, IL 60025

Chico & Nunes, P.C.
333 W Wacker Drive
Suite 1800
Chicago, IL 60606

Citi
PO Box 688901
Des Moines, IA 50368-8901

CITY OF CHICAGO
121 N. LASALLE STREET
Chicago, IL 60602

CODELL
2444 W Estes Ave
Chicago, IL 60645

COEN
301 Ames St
Libertyville, IL 60048

COMBS
3317 Home Ave
Berwyn, IL 60402

COMCAST
18745 W. HIGGINS ROAD #4 FLOOR
Chicago, IL 60631

COMCAST SPORTS NET
75 REMITTANCE DRIVE SUITE 2850
Chicago, IL 60675

COMCAST SPOTLIGHT
18745 W. HIGGINS ROAD #4 FLOOR
Chicago, IL 60631

COMMONWEALTH EDISON
BILL PAYMENT CENTER
Chicago, IL 60668

COOPER
7449 N Oconto
Chicago, IL 60631

COOPER
10636 S Avenue O
Chicago, IL 60617

CORPORATE THREADS
2929 HIGHWAY AVENUE
Highland, IN 46322


Courtney
9630 S Leavitt
Chicago, IL 60653


COURTNEY
20215 Miller Rd
Antioch, IL 60002


CRUMP
680 Lake Shore Dr, Condo Apt 705
Chicago, IL 60611


DAILY HERALD
PO BOX 3204
Arlington Herights, IL 60006


DAVID HIRSH
7059 N. ASHLAND
Chicago, IL 60626


DAVID RUSCH MEDIA
600 W Grove Parkway
Suite 2013
Tempe, AZ 85283


DEJA
6237 N. Nagle Ave
Chicago, IL 60646


Dennis Hill
1801 N Larrabee
Chicago, IL 60614


DIAZ
8426 S Kenton
Chicago, IL 60652


DICKSTEIN
2123 Jordan Terr
Buffalo Grove, IL 60089

DiMonte & Lizak, LLC
216 Higgins Road
Park Ridge, IL 60068


DOLKHART
9510 Harding Ave
Skokie, IL 60203


DOROCIAK
4116 N Mobile Ave
Chicago, IL 60634


DRIVEN FENCE, INC.
2000 NORTH RUBY STREET
Melrose Park, IL 60160


DUBOSE
1401 N Long Ave
Chicago, IL 60651


Duet
3768 W 78th Pl
Chicago, IL 60652


EARLY WARNING ALARMS INC.
7720 W. TOUHY AVENUE UNIT B
Chicago, IL 60631


EHRENBERG
2715 N Greenview Ave
Chicago, IL 60614


ENVIRONMENTAL FUTURES
2210 WEST IRVING PARK ROAD
Chicago, IL 60618


ERST
983 Vine St
Winnetka, IL 60093


EVERGREEN OAK ELECTRIC
PO BOX 549
Crestwood, IL 60445

FARMER
3418 W 76th Pl
Chicago, IL 60652


Ferguson
710 E 91st
Chicago, IL 60619


FLORES
2445 W. Farwell Ave
Chicago, IL 60645


FRENCL
4001 Oak Park Ave
Stickney, IL 60402


G NEIL


GALLAGHER
418 Grand Blvd
Park Ridge, IL 60068


GALOMEX
14620 S. 108TH AVENUE
Orland Park, IL 60467


GATLIN
410 Preswick Ct
Oswego, IL 60543


GIANNAKIS
4220 N New England Ave
Harwood Heights, IL 60706


GLOBAL COM
P.O. BOX 71-5248
Columbus, OH 43271


GOETZ
3302 Sarah St
Franklin Park, IL 60131

GOLDEN
6530 N Kilpatrick Ave
Lincolnwood, IL 60712


GOMEZ
4855 W. Cornelia
Chicago, IL 60641


GRAINGER
8045 River Drive
Morton Grove, IL 60053


GRAPEVINE TELEPHONE NETWORK SOLUTIONS LL
7900 NAGLE AVENUE
Morton Grove, IL 60053


GRAY
74 Westwood Dr
Park Forest, IL 60466


Greinke
1108 S Crescent
Park Ridge, IL 60068


GRIFFIN
9343 S Vernon Ave
Chicago, IL 60619


GRONWICK
488 Blackhawk
Carol Stream, IL 60188


GROOT INDUSTRIES INC.
PO BOX 92317
Elk Grove Village, IL 60009


GRZEGORZ A. PISZKO
5641 W. 103RD A #203
Oak Lawn, IL 60453


GURLEY
155 N Harbor Drb, Unit 511
Chicago, IL 60601

Hamilton
8820 S Oglesby
Chicago, IL 60617


HAVEN
7829 S Cornell Ave
Chicago, IL 60649


HENRY
5840 S. Meade Ave
Chicago, IL 60638


HILL
680 N Lake Shore Dr
Chicago, IL 60611


Holub
9039 N Major
Morton Grove, IL 60053


HOMEWOOD DISPOSAL SERVICE INC.
1501 w. 175TH STREET
Homewood, IL 60430


HOWARD
1002 Oakwood St
Griffith, IN 46319


HOWE
134 N Summit Ave
Villa Park, IL 60181


Illinois Department of Revenue
100 W. Randolph St.
Level 7-495
Chicago, IL 60601


Illinois Dept of Employment Security
33 S. State St.
Chicago, IL 60630


INDEPENDENT RECYCLING
CH 17514
Palatine, IL 60055

Internal Revenue Service
230 S. Dearborn St.
Chicago, IL 60604


ISEMAN
13016 Stockton Ave
Plainfield, IL 60585


JACKSON - HIRSH, INC.
. 700 ANTHONY TRAIL
Northbrook, IL 60062


JARVIS GREENVIEW CURRENCY EXCHANGE
7058 N Greenview
Chicago, IL 60626


JEFFRIES
4341 Washington St
Downers Grove, IL 60515


JENSEN
6232 N Scott St
Rosemont, IL 60018


JONES
16419 Prairie
South Holland, IL 60473


JOSE BORRERO
2404 S. RIDGELAND AVE.
Berwyn, IL 60402


Karnuth
3416 N. Albany Ave.
Chicago, IL 60618


KEARNS
364 Dundee Pkwy
Buffalo Grove, IL 60089


KELEHER
315 Hawthorn Ave, Unit D
Glencoe, IL 60022

KELLEHER
915 Mill Race Lane
Naperville, IL 60565


KINZIE
212 W Kinzie St
Chicago, IL 60654


KIRK
4221 Forest Glen Dr
Hoffman Estates, IL 60192


KMIECK
5907 W 79th St, Unit 1
West Burbank, IL 60459


KNAUR
4818 W Warwick
Chicago, IL 60641


Koelling
1683 Templeton Ct
Mundelein, IL 60060


KORAB
1705 N 78th Ave
Elmwood Park, IL 60707


Lee
2203 Francine Ave
Joliet, IL 60436


LEE
6912 Crawford
Lincolnwood, IL


LEEANNE RAUCCI


Leeanne Rauci
1415 Ashley Road
Hoffman Estates, IL 60195

LEIBFORTH
2734 Longdale Ave
Evanston, IL 60201


LEVINSON COMMUNICATIONS
6321 W. DEMPSTER SUITE 255
Morton Grove, IL 60053


Lewis
1600 S 4th Ave
Maywood, IL 60153


LIBERTY WASTE & RECYCLING SERVICE
24821 N GILMER RD
Mundelein, IL 60060


LINCOLNWOOD POLICE DEPARTMENT
6900 NORTH LINCOLN AVENUE
Lincolnwood, IL 60712


LUKE ELECTRIC
10137 HARTFORD CT APT 3A
Schiller Park, IL 60176


Lump
8634 40th St
Lyons, IL 60534


LUPERSOLSKY
132 Woodstone Dr
Buffalo Grove, IL 60089


MAGDALIN CREATIVE MEDIA
2000 WEST FULTON STREET
Chicago, IL 60612


MAHLER
1001 Dempster
Evanston, IL 60201


MARC BUSINESS FORMS
6416 RIDGEWAY AVENUE
Lincolnwood, IL 60712

MARIA WAJDA
925 E. COACH ROAD
Palatine, IL 60076


MARIA'S FLOWERS BOUTIQUE
6520 N. LINCOLN AVENUE
Lincolnwood, IL 60712


MARKSTROM
8620 W 95th Place, Unit 108
Hickory Hills, IL 60457


MASCO CABINETRY
PO BOX 198192
Atlanta, GA 30384


MASON BROTHERS & SONS
2318 GREENWOOL RD.
Glenview, IL 60026


MASTER BRAND CABINETS
75 REMITTANCE DR SUITE 1860
Chicago, IL 60675


MC CANN
2800 N LSD # 1605
Chicago, IL 60613


MC LOUGHLIN
1625 W 104th Place
Chicago, IL 60643


MCCLINTON
5216 W Congress
Chicago, IL 60644


MCI
P.O. BOX 371838
Pittsburgh, PA 15250


MCINTOSH
736 East 148th St
Dolton, IL 60419

MCINTYRE
12805 Division St
Blue Island, IL 60406


MCKINNEY
219 E 89rd St
Chicago, IL 60619


MCSWEENEY
208 N Eastwood Ave
Mount Prospect, IL 60056


MESIROW INSURANCE
2413 MOMENTUM PLACE
Chicago, IL 60689


Michael Rowe
4606 LILAC
Glenview, IL 60025


MICHELBACH
4219 Maple Ave
Stickney, IL 60402


MIRAKA
4705 Carr St
Rolling Meadows, IL 60008


MORALES
2528 N St. Louis Ave
Chicago, IL 60647


MORALES
4133 Terri Lyn Ln
North Brook, IL 60062


MURPHY
6060 N Lucerne Ave
Chicago, IL 60646


MVP FIRE PROTECTION SYSTEMS INC.
16524 S. KILBOURN AVE
Oak Forest, IL 60452

MYRON & PHILS
3900 WEST DEVON AVENUE
Lincolnwood, IL 60712


NICOR
PO BOX 416
Aurora, IL 60568


NICOR GAS
PO BOX 416
Aurora, IL 60568


NORTH SHORE GAS
130 E RANDOLPH ST. # 300
Chicago, IL 60601


NORTH SHORE TOWING, INC.
2527 OAKTON ST
Evanston, IL 60202


NORTHWESTERN WILDCATS
P.O. BOX 843038
Kansas City, MO 64184


OAKES
732 Green Castle Ct
West Dundee, IL 60118


OBRIEN
11126 S Campbell
Chicago, IL 60655


OCONNER
2851 West Rascher
Chicago, IL 60625


OLEN
53 Gentry Drive
Hawthorn Woods, IL 60047


OMALLEY
7911 Leonora Ave
Elmwood Park, IL 60707

PAETEC
P.O. BOX 3243
Milwaukee, WI 53201


PARNABY
2447 W Farwell Ave
Chicago, IL 60645


PARZYGNAT
538 Lyon Dr
Buffalo Grove, IL 60089


Patrick Ryan
2165 Sunnyside
Chicago, IL 60613


PAYMENT PROCESSING CENTER (154915517358)
PO BOX 9001951
Louisville, KY 40290


PAYMENT PROCESSING CENTER (611916707600)
PO BOX 9001951
Louisville, KY 40290


PEERLESS COFFEE & VENDING
340 MELVIN DRIVE
Northbrook, IL 60062


PERFECTION CUSTOM CLOSETS
7183 NORTH AUSTIN
Niles, IL 60714


PITNEY BOWES GLOBAL FINANCIAL
PO BOX 856390
Louisville, KY 40285


POINDEXTER
9510 South Kolmar Avenue
Oak Lawn, IL 60453


POLLOCK
8043 S Ingleside Ave
Chicago, IL 60619

POMERANTZ
2839 Sandalwood Road
Buffalo Grove, IL 60089


PONSIGLIONE
4586 N McVicker Ave
Chicago, IL 60630


PREMIUM STORES
254 KENMORE AVE
Deerfield, IL 60015


PROFILE CONSTRUCTION INC.
345 N. ASH AVENUE
Woodale, IL 60191


PROFORMA LAKE SHORE PRINT & PROMOTIONS
P.O. BOX 640814
Cincinnati, OH 45264


PURCHASE POWER
5101 INTERCHANGE WAY
Louisville, KY 40229


QUALITY CONSTRUCTION
1530 CHRISTINA LANE
Northbrook, IL 60062


QUINTERO
1305 Merril Ave
Algonquin, IL 60102


REMODELERS SUPPLY (HP)
2500 N. PULASKI\
Chicago, IL 60639


REMODELERS SUPPLY (MP)
2500 N. PULASKI
Chicago, IL 60639


REMODELERS SUPPLY (PS)
2500 N. PULASKI
Chicago, IL 60639

REMODELERS SUPPLY (SP)
2500 N. PULASKI
Chicago, IL 60639


REYES
3817 W 55th St
Chicago, IL 60632


RICOH
4667 N. ROYAL ATLANTA DR.
1st FLOOR
Tucker, GA 30084


RIDDLE
1415 N Dearborn Unit 8
Chicago, IL 60610


RINK
236 Steeplechase
Schaumburg, IL 60173


RIVERA
6031 W Roscoe St
Chicago, IL 60634


Robert Knabe
Knabe, Kroning & Dedell
20 S. Clark St, Suite 2301
Chicago, IL 60603


Robert Tourounjian
9837 S Turner
Evergreen Pk, IL 60805


ROCKOFF HARLAN RASOF
3818 OAKTON STREET
Skokie, IL 60076


RODEGHERO
1308 Catherine St
Joliet, IL 60435


Roehm
1744 Tufts
Naperville, IL 60565

ROSSI
107 W Cedar St
Arlington Heights, IL 60005


Rudolpho Magna
14620 S 108th Ave
Orland Park, IL 60467


RUGGLES
3100 N 77th Ave
Elmwood Park, IL 60707


RULE
8337 S Narragansett
Burbank, IL 60459


RUMORO
1157 South Oak Park Ave
Oak Park, IL 60304


SALVADOR
2301 W 22nd Place
Chicago, IL 60608


SAVE IN EVERYTHING
1000 W. MAPLE ROAD SUITE 200
Troy, MI 48084


SHARP
1715 Linden Rd
Homewood, IL 60430


SHAW
941 E 170th St
South Holland, IL 60473


SKAGGS
3005 Cappelletti
South Chicago Height, IL 60411


Smith
12401 S Yale
Chicago, IL 60628

```
SMITH
9 Mayfair Lane
Aurora, IL 60504


SMITHSON
2250 Woodman Lane
Riverwoods, IL 60015


STANKE
507 N Elm St
Prospect, IL 60056


STATE OF ILLINOIS DEPARTMENT OF REVENUE
100 W RANDOLPH STt # 6-600
Chicago, IL 60601


STEVE LASKER


Stroger
8534 S Blackstone
Chicago, IL 60619


STUART
755 Huntington Dr
Lake Zurich, IL 60047


STUDIO 41
2500 N Pulaski Rd, Chicago IL
Chicago, IL


Sugar-Clark
348 Cherrywood Road
Buffalo Grove, IL 60089


SULLIVAN
730 W Highgoal Dr
Wheeling, IL 60090


SUPERIOR INDUSTRIAL SUPPLY
7300 N. OAK PARK AVENUE
Niles, IL 60714
```

SWIDERSKI
667 Sand Creek Dr
Carol Stream, IL 60188


TARGOS
5681 N. Las Casas Ave
Chicago, IL 60646


TAURUS SUPPLY
PO BOX 1034
Downers Grove, IL 60515


THE INTEGRITY GROUP
1954 FIRST STREET SUITE 555
Higland Park, IL 60035


THE TOWN OF CICERO
4949 WEST CERMAK ROAD
Cicero, IL 60804


TOMBASCO
426 W Trail North
Grayslake, IL 60030


TOWNSEND
3131 S Indiana
Chicago, IL 60616


TRA THE RETIREMENT ADVANTAGE
47 PARK PLACE SUITE 850
Appleton, WI 54914


TRAIBER
903 Cass Lane
Elk Grove, IL 60007


TRANS UNION
P.O. BOX 99506
Chicago, IL 60693


TRIBUNE MEDIA GROUP
435 N. MICHIGAN 2ND FLOOR
Chicago, IL 60611

TURNER
1911 Everett Road
Lake Forest, IL 60045


UNI SHIPPERS
2500 W. HIGGINS ROAD SUITE 1110
Hoffman Estates, IL 60169


Usher
5932 Winchester
Chicago, IL 60636


VALPAK CHICAGOLAND
1860 HAMPSHIRE DRIVE
Hoffman Estates, IL 60192


VIA MEDIA
209 WEST JACKSON SUITE 810
Chicago, IL 60606


VILLAGE OF DEERFIELD
850 WAUKEGAN ROAD
Deerfield, IL 60015


VOLPE
9325 S Albany Ave
Evergreen Park, IL 60805


WALTON
4224 W Westend Ave
Chicago, IL 60624


WATSON
1221 N Dearborn, Unit 409
Chicago, IL 60610


WBBM-AM
22577 NETWORK PLACE LOCKBOX 22577
Chicago, IL 60673


WBBM-FM
22 WEST WASHINGTON ST.
Chicago, IL 60602

```
WEIGEL BROADCASTING
39936 TREASURY CENTER
Chicago, IL 60694


WESTFIELD INSURANCE
P.O. BOX 9001566
Louisville, KY 40290


WGN
P.O. BOX 98473
Chicago, IL 60693


WGN-AM
P.O. BOX 98473
Chicago, IL 60693


WINDOW TO THE WORLD COMMUNICATIONS INC.
5400 N. ST. LOUIS AVENUE
Chicago, IL 60625


WJMK-FM
180 N STETSON, STE 900
Chicago, IL 60601


WLS TELEVISION INC.
190 NORTH STATE STREET
Chicago, IL 60601


WOJCIAK
8533 Muirfield
St. John, IN 46373


WPWR CHANNEL 50
205 N MICHIGAN AVENUE
Chicago, IL 60601


Wright
901 N East Avenue
Oak Park, IL 60302


WSCR-AM
22603 NETWORK PLACE
Chicago, IL 60673
```

WUSN-FM
180 N STETSON AVE # 1000
Chicago, IL 60601


WXRT-FM
22603 NETWORK PLACE
Chicago, IL 60673


YOUNG
1616 E Campbell St
Arlington Heights, IL 60004


ZEIDMAN
906 Dorset Dr
Northbrook, IL 60062

7/21/12 3:10PM

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Galaxie Lumber & Construction Co.**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Galaxie Lumber & Construction Co.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 21, 2012**

Date

**/s/ Joseph A. Baldi**

**Joseph A. Baldi 00100145**

Signature of Attorney or Litigant

Counsel for   **Galaxie Lumber & Construction Co.**

**Baldi Berg & Wallace, Ltd.**
**19 South LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**
**312-726-8150 Fax:312-332-4629**
**jabaldi@ameritech.net**