IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| GALAXIE LUMBER & CONSTRUCTION, CO., LTD., | Case No. 12 B 28916 |
| | Hon. Jacqueline P. Cox |
| Debtor. | |

**ORDER (1) ESTABLISHING BIDDING PROCEDURES; (2) SCHEDULING (A) BID DEADLINE, (B) AUCTION SALE, (C) OBJECTION DEADLINE AND (D) HEARING APPROVING SALE; (3) APPROVING FORM, MANNER, SCOPE AND SUBSTANCE OF NOTICE; AND (4) GRANTING RELATED RELIEF**

THIS MATTER COMING ON TO BE HEARD on the Chapter 7 Trustee's Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rules 2002 and 6004 for (I) an Order (A) Approving Bidding Procedures and Bid Protections for the Sale of Substantially all of the Debtor's Assets; and (B) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof; (II) an Order Authorizing the Sale of Substantially all of the Debtor's Assets Free and Clear of Liens, Claims, Interests and Encumbrances; and (III) Waving 14 Day Stay of Sale (the "Sale Motion"), due and proper notice having been given under the circumstances, and the Court being fully advised in the premises: and the Court finding that: [1]

(a) jurisdiction over this matter is proper;

(b) venue is proper in this Court;

(c) notice of the Sale Motion was sufficient under the circumstances;

(d) the bidding procedures attached to this Order as <u>Exhibit A</u> are reasonable and appropriate and are designed to maximize the recovery received from the sale of the Purchased Assets; and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion.

-1-

(e) it appearing that the relief requested in the Sale Motion is in the best interests of the Debtor's Estate.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Sale Procedures attached to this Order as <u>Exhibit A</u> are hereby approved in their entirety.

2. A final hearing to consider approval of the Sale of the Purchased Assets of the Debtor shall be held before the Hon. Jacqueline P. Cox on December 13, 2012 at 10:00 a.m. in Room 619 at the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or as soon thereafter as counsel may be heard (the "**Sale Hearing**"). The Sale Herring may be adjourned from time to time, without further notice to creditors or parties in interest other than by announcement in open Court or on the Court's calendar on the date scheduled for the Sale Hearing.

3. The Form Of Notice attached hereto as <u>Exhibit B</u> (the "Notice") is hereby approved and the Trustee is authorized to send the Notice to (a) the Debtor; (b) the Debtor's counsel; (c) the Office of the United States Trustee; (d) parties who have expressed to the Trustee an interest in the Debtor's assets; (e) all relevant taxing authorities including the Internal Revenue Service and Illinois Department of Revenue; (f) all know creditors; (g) the official service list; (h) those parties asserting a lien on or interest in the Purchased Assets; (i) counsel for PD Development, LLC and (j) counsel for Allied Building Products Corporation.

4. The Trustee is authorized to publish a notice in a form substantially similar to or in a form which otherwise communicates the information provided for in the Sale Notice attached hereto as <u>Exhibit C</u> in a local daily publication that the Trustee determines will

promote the marketing and sale of the Purchased Assets.

5. The Auction shall take place on December 12, 2012 at 10:00 am. (prevailing Central Time) (the "**Auction Date**") at the law offices of Lakelaw, 53 W. Jackson Street, Suite 1610, Chicago Illinois 60604 (the "**Auction**"). Only Buyer and any Qualified Bidders (as defined below) who have timely submitted Qualified Bids shall be entitled to make any bids at the Auction.

6. PD Development, LLC ("**Buyer**") shall be deemed to be a Qualified Bidder and the APA submitted by Buyer shall be deemed to be a Qualified Bid.

7. The deadline to object to the Sale is December 12, 2012 at 1:00 p.m. (the "**Objection Deadline**"). Objections or responses, if any, to the Sale shall (i) be in writing, (ii) state with specificity the nature of such objection; and (iii) be filed and served so that it received by the following parties on or prior to the Objection Deadline: (i) Trustee's counsel, Lakelaw, 53 W. Jackson Street, Suite 1610, Chicago Illinois 60604 Attn: Jonathan Brand; (ii) counsel to Buyer, Much Shelist P.C., 191 N. Wacker Drive, Suite 1800, Chicago Illinois 60661, Attn: Jeffrey M. Schwartz; and (iii); the Office of the U.S. Trustee, 219 S. Dearborn, #873, Chicago, Illinois 60604, Attn: Jeffrey Snell.

8. The Reimbursable Expenses as set forth in the APA are hereby approved and shall constitute an allowed administrative claim in the Debtor's bankruptcy case with priority over any and all administrative expenses of a kind specified in sections 503, 507, and 1114 of the Bankruptcy Code. The Trustee is authorized to pay the Reimbursable Expenses under the circumstances set forth in the APA without further motion or court order.

9. The Trustee is authorized to take any and all actions necessary or

-4-

appropriate to implement the Bidding Procedures so long as such action is not inconsistent with the Bidding procedures or the terms of the APA..

10. This Order shall become effective immediately upon its entry.

11. This Court shall retain jurisdiction over any matter or dispute arising from or relating to implementation of this Order.

SO ORDERED this 28th day of November

*Jacqueline P. Cox*
_____
HONORABLE JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE

Prepared By:
Jonathan T. Brand (ARDC #6294885)
Lakelaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100

## EXHIBIT A

## BID PROCEDURES

The following procedures (the "**Sale Procedures**") shall govern the auction (the "**Auction**") for the sale (the "**Sale**") of the assets (the "**Assets**") of Galaxie Lumber Construction Ltd. (the "**Debtor**") in a bankruptcy case pending in the United States Bankruptcy Court of the Northern District of Illinois (the "**Bankruptcy Court**"). The Sale Procedures set forth herein were approved by the Bankruptcy Court pursuant to an Order entered on November __, 2012. Following the Auction, the Debtor will seek entry of an Order approving the Sale of the Assets to the Successful Bidder (as defined below) To participate in the Auction, an interested party must submit a "Qualified Bid" by the Bid Deadline and otherwise follow the Sale Procedures set forth herein.

- **Qualified Bid**. A proposal ("**Bid**") received from a potential purchaser ("**Potential Purchaser**") is a "**Qualified Bid**" if it:

    (a)   is received by the Bid Deadline (as defined below);

    (b)   be on similar terms as the Asset Purchase Agreement ("**APA**") submitted by PD Development LLC ("**Buyer**") and be accompanied by a proposed purchase and sale agreement marked against the APA setting forth the complete terms and provisions pursuant to which the bidder agrees to be bound in order to consummate the sale without further contingency other than the entry of an order of the Bankruptcy Court approving the sale,

    (c)   be in cash and not subject to any contingencies, due diligence or financing conditions or board or other approval,

    (d)   be accompanied by a certified or bank check, payable to the Trustee, as escrowee, as a good faith deposit of not less than twenty (20%) percent of the initial bid amount;

    (e)   includes written evidence of an unconditional commitment for financing (by a creditworthy bank of financial institution that shall provide such financing without alteration of conditions or delay) or other evidence of ability to consummate the transaction;

    (f)   fully discloses the identity of each entity that will be bidding for the Purchased Assets or otherwise participating in connection with such bid, and the complete terms of any such participation, and

(g) the proposed bid must be in an amount of at least $15,000.00 in excess of the Purchase Price and must provide for the direct payment of the Reimbursable Expenses (as defined in the APA) to Buyer on the closing.

- **Bid Deadline**. A Potential Bidder that desires to make a Bid must deliver written copies of its offer, to (i) counsel for the Debtor and (ii) counsel for Buyer so that the Bid is actually received by 1:00 p.m. prevailing Central Time on or before December 11, 2012. Such written copies of a Potential Bidder's Bid may be submitted electronically to counsel for Buyer and the Trustee.

- **Auction Procedure**. The Debtor shall conduct an auction on December 12, 2012 at 10:00 a.m. (prevailing Central Time) (the "**Auction Date**") at the law offices of Lakelaw, 53 W. Jackson Street, Suite 1610, Chicago Illinois 60604 (the "**Auction**"). Only Buyer and any Qualified Bidders who have timely submitted Qualified Bids shall be entitled to make any bids at the Auction. Except for any bid by Buyer, no Bids shall be considered by the Trustee from a Potential Purchaser unless such Potential Purchaser has submitted a Qualified Bid.

- **Opening Bid**. At the Auction, all Qualified Bidders who have submitted a Qualified Bid will have the opportunity to submit additional higher or better Qualified Bids. Any additional bids at the Auction shall be in an increment of at least $1,000 and shall otherwise comply with the requirements set forth herein.

- **Successful Bidder**. At the conclusion of the Auction, the Trustee shall identify the highest and best Bid (the "**Successful Bid**") and the Qualified Bidder making such Bid (the "**Successful Bidder**"). The Trustee shall promptly seek confirmation that such Qualified Bidder is the Successful Bidder and that such proposal is the Successful Bid at the Sale Hearing to be held before the Bankruptcy Court on or about December 13, 2012 at 10:00 a.m.

- **Return of Deposit**. All deposits, but excluding the Required Deposit of the Successful Bidder, shall be returned within 3 business days after the closing of the Sale to the Successful Bidder. If the Successful Bidder fails to close, for any reason other than the Trustee's default or those conditions specifically set forth in the APA, the Trustee shall be entitled to retain the Deposit as liquidated damages.

- **No Representations or Warranties.** The Purchased Assets shall be purchased on an "as is, where is" basis, with no representations or warranties (express or implied) of any kind or nature whatsoever, other than those representations and warranties set forth in the APA.

- **Closing.** The closing shall take place at the offices of the Trustee's counsel at the address set forth below when the Sale Order becomes a Final Order (which shall be required to occur on or before December 31, 2012) unless otherwise agreed to by the Trustee and Buyer.

- **Sale Subject to Court Approval.** The sale contemplated herein shall be subject to the entry of an order by this Court (i) approving the sale and transfer of the Purchased Assets to the winning bidder or Successful Bidder approved by the Court, free and clear of any and all liens, claims, and encumbrances of any kind or nature whatsoever, with any and all valid liens, claims and encumbrances attaching to the sales proceeds at closing; (ii) containing a finding that the purchaser is a good faith purchaser pursuant to Section 363(m); and (iii) containing those items required pursuant to the terms of the APA (the "**Sale Order**").

- **Assumption of Liabilities.** The purchaser shall not be obligated to assume or be responsible for any of the Debtor's liabilities or obligations existing as of the closing.

- **Additional Information.** Additional information regarding the Sale or the Sale Procedures may be obtained by contacting counsel for the Trustee as follows: Jonathan T. Brand, Lakelaw, 53 West Jackson Boulevard, Suite 1610, Chicago, IL 60604, phone: (312) 360-1505, fax: (312) 360-1502, email jbrand@lakelaw.com.

## EXHIBIT B

## NOTICE TO CREDITORS

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| GALAXIE LUMBER & CONSTRUCTION, CO., LTD., | Case No. 12 B 28916 |
| | Hon. Jacqueline P. Cox |
| Debtor. | |

### NOTICE OF (I) SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES; (II) SOLICITATION OF BIDS; (III) AUCTION (IV) OBJECTION DEADLINE; AND (IV) SALE HEARING

1.   On November __, 2012, the United States Bankruptcy Court for the Northern District Of Illinois (the "**Bankruptcy Court**") entered an Order (1) Establishing Bidding Procedures; (2) Scheduling (A) Bid Deadline, (B) Auction Sale, (C) Objection Deadline; and (D) Hearing Approving Sale; (3) Approving Form, Manner, Scope and Substance of Notice ; and (4) Granting Related Relief (the "**Bid Procedures Order**"), which among other things, established bidding procedures (the "**Sale Procedures**"), which govern the manner in which the certain assets (the "**Purchased Assets**") of Galaxie Lumber & Construction, Co., Ltd., (the "**Debtor**") will be sold. All capitalized terms used but not defined herein shall have the meanings assigned to them in the Bid Procedures Order. A copy of the Bid Procedures Order along with a copy of the Sale Procedures can be provided to you by written request via electronic mail or facsimile to Jonathan T. Brand, Counsel for the Trustee, Lakelaw, 53 W. Clayton Street, Suite 1610, Chicago, Illinois 60604; Facsimile: (312) 360-1502, Electronic Mail: jbrand@lakelaw.com.

2.   The Trustee will sell substantially all of the assets of the Debtor to the Successful Bidder free and clear of all liens, claims, interests and encumbrances pursuant to 11 U.S.C. §363.

3.   All interested parties are invited to make offers to purchase the Purchased Assets, in accordance with the terms and procedures set forth in the Sale Procedures.

4.   In accordance with the Sale Procedures, (i) the Trustee will conduct an auction for the Assets on December 12, 2012 at 10:00 a.m. at the law offices of Lakelaw, 53 W. Jackson Street, Suite 1610, Chicago Illinois 60604 or such other time or other place as the Trustee shall notify all Qualified Bidders.

5.   Participation at the Auction is subject to the Sale Procedures and Bid

Procedures Order. Any person that wishes to participate in the bidding process must become a "Qualified Bidder." The procedures for becoming a Qualified Bidder are set forth in the Sale Procedures. A Qualified Bidder that desires to make a bid must deliver written copies of its offer to counsel for the Trustee: Jonathan T. Brand, Lakelaw, 53 West Jackson Boulevard, Suite 1610, Chicago, IL 60604, phone: (312) 360-1505. fax: (312) 360-1502, email jbrand@lakelaw.com; (ii) counsel to Buyer: Jeffrey M. Schwartz, Much Shelist P.C. 191 N. Wacker Drive, Suite 3700, Chicago, Illinois 60661, phone: (312) 521-2626. fax: (312) 521-2526, email jschwartz@muchshelist.com so that the offer is actually received on or before December 11, 2012 at 1:00 p.m. (the "**Bid Deadline**").

6. A hearing at which the Trustee will seek approval and authorization of the Sale to the Successful Bidder (the "**Sale Hearing**") is scheduled to be held on December 13, 2012 at 10:00 a.m. before the Hon. Jacqueline P. Cox in Room 619 at the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or as soon thereafter as counsel may be heard. The hearing may be continued from time to time without further notice other than by announcement in open court or on the Court's calendar on the date scheduled for the Sale Hearing.

7. Objections or responses, if any, to the Sale must (i) be in writing, (ii) state with specificity the nature of such objection; (iii) be filed with the Bankruptcy Court before December 12, 2012 at 1:00 p.m. (the "**Objection Deadline**"); and (iv) served so that it is actually received by the following parties on or prior to the Objection Deadline: counsel for the Trustee: Jonathan T. Brand, Lakelaw, 53 West Jackson Boulevard, Suite 1610, Chicago, IL 60604, phone: (312) 360-1505. fax: (312) 360-1502, email jbrand@lakelaw.com; (ii) counsel to Buyer: Jeffrey M. Schwartz, Much Shelsit P.C. 191 N. Wacker Drive, Suite 3700, Chicago, Illinois 60661, phone: (312) 521-2626. fax: (312) 521-2526, email jschwartz@muchshelist.com; and (iii) the Office of the U.S. Trustee, 219 S. Dearborn, #873, Chicago, Illinois 60604, Attn: Jeffrey Snell.

8. This Notice is qualified in its entirety by the Bid Procedures Order.

9. Additional information regarding the Sale or the Sale Procedures may be obtained by contacting counsel for the Trustee: Jonathan T. Brand, Lakelaw, 53 West Jackson Boulevard, Suite 1610, Chicago, IL 60604, phone: (312) 360-1505. fax: (312) 360-1502, email jbrand@lakelaw.com.

## EXHIBIT C

## PUBLICATION NOTICE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| GALAXIE LUMBER & CONSTRUCTION, CO., LTD., | Case No. 12 B 28916 |
| | Hon. Jacqueline P. Cox |
| Debtor. | |

### NOTICE OF (I) SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES; (II) SOLICITATION OF BIDS; (III) AUCTION; (IV) OBJECTION DEADLINE AND (IV) SALE HEARING

     1. On November __, 2012, the United States Bankruptcy Court for the Northern District Of Illinois (the "**Bankruptcy Court**") entered an Order (1) Establishing Bidding Procedures; (2) Scheduling (A) Bid Deadline, (B) Auction Sale, (C) Objection Deadline; and (D) Hearing Approving Sale; (3) Approving Form, Manner, Scope and Substance of Notice ; and (4) Granting Related Relief (the "**Bid Procedures Order**"), which among other things, established bidding procedures (the "**Sale Procedures**"), which govern the manner in which the assets (the "**Purchased Assets**") of Galaxie Lumber & Construction, Co., Ltd. will be sold.

     2. The Trustee will sell the Purchased Assets to the Successful Bidder free and clear of all liens, claims, interests and encumbrances pursuant to 11 U.S.C. §363.

     3. All interested parties are invited to make offers to purchase the Purchased Assets in accordance with the terms and procedures set forth in the Sale Procedures.

     4. In accordance with the Sale Procedures, (i) the Trustee will conduct an auction for the Purchased Assets on December 12, 2012 at 10:00 a.m. at the law offices of Lakelaw, 53 W. Jackson Street, Suite 1610, Chicago Illinois 60604 or such other time or other place as the Trustee shall notify all Qualified Bidders.

     5. A Qualified Bidder that desires to make a bid must deliver written copies of its offer to counsel for the Trustee: Jonathan T. Brand, Lakelaw, 53 West Jackson Boulevard, Suite 1610, Chicago, IL 60604, phone: (312) 360-1505. fax: (312) 360-1502, email jbrand@lakelaw.com; (ii) counsel to Buyer: Jeffrey M. Schwartz, Much Shelsit P.C. 191 N. Wacker Drive, Suite 3700, Chicago, Illinois 60661, phone: (312) 521-2626. fax: (312) 521-2526, email jschwartz@muchshelist.com so that the offer is actually received on or before December11, 2012 at 1:00 p.m. (the "**Bid Deadline**")

     6. A hearing at which the Debtor will seek approval and authorization of the Sale to the Successful Bidder (the "**Sale Hearing**") is scheduled to be held on December 13, 2012 at 10:00 a.m. before the Hon. Jacqueline P. Cox in Room 619 at the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or as soon thereafter as counsel may be heard. The hearing may be continued from time to time.

     7.    Objections or responses, if any, to the Sale must (i) be in writing, (ii) state with specificity the nature of such objection; (iii) be filed with the Bankruptcy Court before December 12, 2012 at 1:00 p.m.

     8.    This Notice is qualified in its entirety by the Bid Procedures Order.

     9.    Additional information regarding the Sale or the Sale Procedures may be obtained by contacting counsel for the Trustee: Jonathan T. Brand, Lakelaw, 53 West Jackson Boulevard, Suite 1610, Chicago, IL 60604, phone: (312) 360-1505. fax: (312) 360-1502, email jbrand@lakelaw.com.