**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-28916-JPC |
| | § | |
| GALAXIE LUMBER & | § | |
| CONSTRUCTION CO. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 10/01/2015, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/08/2015            By:  /s/ David P. Leibowitz
                                         Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-28916-JPC |
| | § | |
| GALAXIE LUMBER & | § | |
| CONSTRUCTION CO. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $145,455.37
*and approved disbursements of*     $93,526.06
*leaving a balance on hand of[1]:*     $51,929.31

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $51,929.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $10,522.77 | $0.00 | $10,522.77 |
| David P. Leibowitz, Trustee Expenses | $37.45 | $0.00 | $37.45 |
| Fox, Swibel, Levin & Carroll, LLP, | $8,600.00 | $8,600.00 | $0.00 |
| Fox, Swibel, Levin & Carroll, LLP, | $571.64 | $571.64 | $0.00 |
| Alan D. Lasko & Alan D. Lasko & Associates, PC, Accountant for Trustee Fees | $11,380.62 | $0.00 | $11,380.62 |
| Alan D. Lasko & Alan D. Lasko & Associates, PC, Accountant for Trustee Expenses | $202.90 | $0.00 | $202.90 |
| Other: Lakelaw, Attorney for Trustee Fees | $29,150.44 | $0.00 | $29,150.44 |
| Other: Lakelaw, Attorney for Trustee Expenses | $635.13 | $0.00 | $635.13 |
| Other: PBG Integrated Business Solutions, Inc, | $1,330.50 | $1,330.50 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for chapter 7 administrative expenses: | $51,929.31 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $901,943.24 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Michael Coen | $4,723.00 | $0.00 | $0.00 |
| 3a | Illinois Dept of Employment Security | $47,592.37 | $0.00 | $0.00 |
| 13 | Geraldine Cooper | $3,500.00 | $0.00 | $0.00 |
| 14 | Dept of the Treasury | $114,874.03 | $0.00 | $0.00 |
| 19 | Curtis Gray | $4,595.00 | $0.00 | $0.00 |
| 21 | Charles & Lille Geater | $3,100.00 | $0.00 | $0.00 |
| 23 | EUGENE DUNAJ | $2,209.37 | $0.00 | $0.00 |
| 24 | Janet M Courtney/Janice A Daniels | $3,600.00 | $0.00 | $0.00 |
| 25 | Patrice Ponsiglione | $2,000.00 | $0.00 | $0.00 |
| 29 | JOHN & CARLEEN O'MALLEY | $2,300.00 | $0.00 | $0.00 |
| 30 | BRIAN & CARLETA L. ALSTON | $1,733.00 | $0.00 | $0.00 |
| 31 | Horace Davis | $1,025.00 | $0.00 | $0.00 |
| 32 | William W. Lee | $2,600.00 | $0.00 | $0.00 |
| 33 | Janet KNAUR | $2,700.00 | $0.00 | $0.00 |
| 34 | Samuel Pollock, Sr. | $7,000.00 | $0.00 | $0.00 |
| 35 | Jerome BEDELL | $2,600.00 | $0.00 | $0.00 |
| 37 | Ana Cordon | $1,700.00 | $0.00 | $0.00 |
| 41 | Mr & Mrs. Michael S. Amorella | $2,600.00 | $0.00 | $0.00 |
| 42 | Paul & Laura Kirk | $2,600.00 | $0.00 | $0.00 |
| 45 | Ronald & Mildred DUBOSE | $2,638.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 46 | Robert Tourounjian | $4,700.00 | $0.00 | $0.00 |
| 48 | TOMBASCO, PETER & PATRICIA | $2,600.00 | $0.00 | $0.00 |
| 51 | Jane R Dolkart | $1,450.00 | $0.00 | $0.00 |
| 52 | Esme R Codell | $1,875.00 | $0.00 | $0.00 |
| 54 | Joshua & Rachel Howe | $14,005.00 | $0.00 | $0.00 |
| 55 | DEJA, DAVID & ALEXANDRA (SANDY) | $14,792.96 | $0.00 | $0.00 |
| 57 | CAROLYN TRYCZYNSKI | $356.47 | $0.00 | $0.00 |
| 59 | Courtney | $1,900.00 | $0.00 | $0.00 |
| 60 | RICHARD FRIEDMAN & ROBYN GILLIOM | $2,600.00 | $0.00 | $0.00 |
| 62 | Lee Anne Raucci | $5,097.65 | $0.00 | $0.00 |
| 64 | Robert Tourounjian | $93,992.32 | $0.00 | $0.00 |
| 65 | Illinois Dept of Revenue | $8,608.24 | $0.00 | $0.00 |
| 67 | ELSIE & EDWARD MCSWEENEY | $24,210.77 | $0.00 | $0.00 |
| 72 | Helen McKinney | $4,056.49 | $0.00 | $0.00 |
| 73 | Kenneth A Goetz | $1,500.00 | $0.00 | $0.00 |
| 79 | Carol Hernandez | $4,540.00 | $0.00 | $0.00 |
| 90 | KEVIN SKAGGS | $1,000.00 | $0.00 | $0.00 |
| 91 | Alan & Donna Parzygnat | $2,450.00 | $0.00 | $0.00 |
| 92 | Charles E Lee II | $2,000.00 | $0.00 | $0.00 |
| 96 | Anthony Lump | $2,200.00 | $0.00 | $0.00 |
| 99 | Dariel BANKS | $2,030.00 | $0.00 | $0.00 |
| 106 | Calvin L. Wright | $5,500.00 | $0.00 | $0.00 |
| 111 | Mark & Zehra Parnaby | $800.00 | $0.00 | $0.00 |
| 114 | Daniel & Connie Smith | $6,000.00 | $0.00 | $0.00 |
| 117 | Thomas A. Bonk | $1,400.00 | $0.00 | $0.00 |
| 120 | City of Chicago | $1,207.00 | $0.00 | $0.00 |
| 121 | Carolyn Smith | $2,600.00 | $0.00 | $0.00 |
| 122 | Smith, Treadwell and Carolyn | $2,600.00 | $0.00 | $0.00 |
| 125 | GALOMEX | $56,200.00 | $0.00 | $0.00 |
| 126 | Rudolpho Magana | $285,000.00 | $0.00 | $0.00 |
| 127 | Michael R Karnuth | $4,400.00 | $0.00 | $0.00 |
| 128 | Mark & Heidi Smithson | $2,600.00 | $0.00 | $0.00 |
| 129 | Joyce Usher | $49,500.00 | $0.00 | $0.00 |
| 131 | Steven S & Cheryl W Targos | $500.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 132 | Bell, Verdia | $3,000.00 | $0.00 | $0.00 |
| 133 | George & Isela Morales | $2,600.00 | $0.00 | $0.00 |
| 136 | Larry & Bridget Jones | $500.00 | $0.00 | $0.00 |
| 138 | Anthony Lump | $2,200.00 | $0.00 | $0.00 |
| 143 | JARVIS GREENVIEW C.E. INC | $3,604.08 | $0.00 | $0.00 |
| 147 | BRIAN & CARLETA L. ALSTON | $1,733.00 | $0.00 | $0.00 |
| 155 | Ronald & Mildred DUBOSE | $2,638.00 | $0.00 | $0.00 |
| 169 | JENSEN, DANIEL | $30,000.00 | $0.00 | $0.00 |
| 172 | MCKINNEY, HELEN | $4,056.49 | $0.00 | $0.00 |
| 173 | Annette Washington | $2,000.00 | $0.00 | $0.00 |
| 174 | Dennis Hill | $4,175.00 | $0.00 | $0.00 |
| 177 | Bruce Pinsler | $12,475.00 | $0.00 | $0.00 |
| 179 | Bell, Verdia | $3,000.00 | $0.00 | $0.00 |

|   |   |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,786,296.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Veronica C. Reyes | $3,450.00 | $0.00 | $0.00 |
| 3 | Illinois Dept of Employment Security | $230.00 | $0.00 | $0.00 |
| 4 | Chicago Radio Assets, LLC | $32,035.00 | $0.00 | $0.00 |
| 5 | PAUL & MARY PAT TRAIBER | $1,273.00 | $0.00 | $0.00 |
| 6 | Pitney Bowes Global Financial Services | $2,671.04 | $0.00 | $0.00 |
| 7 | WLS-FM | $32,035.00 | $0.00 | $0.00 |
| 8 | OLEN | $4,992.52 | $0.00 | $0.00 |
| 9 | Charles Brown | $1,000.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | Darrita Poindexter | $2,610.00 | $0.00 | $0.00 |
| 11 | Albany Door Company INC | $1,222.99 | $0.00 | $0.00 |
| 12 | Superior Industrial Supply, Inc | $812.85 | $0.00 | $0.00 |
| 14a | Dept of the Treasury | $15,647.66 | $0.00 | $0.00 |
| 15 | Swayzine McClinton | $7,000.00 | $0.00 | $0.00 |
| 16 | Chicago Bulls | $61,000.00 | $0.00 | $0.00 |
| 17 | Chicago Flameproof and Wood Specialties Corp | $66,415.96 | $0.00 | $0.00 |
| 18 | Kevin Oakes | $1,900.00 | $0.00 | $0.00 |
| 20 | TRANS UNION LLC | $296.99 | $0.00 | $0.00 |
| 22 | ASSOCIATED MATERIALS LLC | $17,657.08 | $0.00 | $0.00 |
| 26 | WBBM-TV | $80,210.00 | $0.00 | $0.00 |
| 28 | JOHN & KAREN HENRY | $12,300.00 | $0.00 | $0.00 |
| 32a | William W. Lee | $5,900.00 | $0.00 | $0.00 |
| 35a | Jerome BEDELL | $1,305.00 | $0.00 | $0.00 |
| 36 | PORTER MIDWEST UNIFROM CENTER INC | $8,772.85 | $0.00 | $0.00 |
| 38 | MASTERBRAND CABINETS INC | $13,232.62 | $0.00 | $0.00 |
| 39 | WILLIE H. CARPENTER | $1,100.00 | $0.00 | $0.00 |
| 40 | Pamela BINKOWSKI | $369.00 | $0.00 | $0.00 |
| 41a | Mr & Mrs. Michael S. Amorella | $4,480.00 | $0.00 | $0.00 |
| 42a | Paul & Laura Kirk | $3,239.00 | $0.00 | $0.00 |
| 43 | DiMonte & Lizak, LLC | $825.37 | $0.00 | $0.00 |
| 44 | Mary Ann Allen | $5,260.00 | $0.00 | $0.00 |
| 47 | Annette Washington | $0.00 | $0.00 | $0.00 |
| 48a | TOMBASCO, PETER & PATRICIA | $2,100.00 | $0.00 | $0.00 |
| 49 | Lino VOLPE | $2,800.00 | $0.00 | $0.00 |
| 50 | Loleta WALTON | $10,750.00 | $0.00 | $0.00 |
| 53 | Nathaniel Lloyd Crump Jr MD | $5,000.00 | $0.00 | $0.00 |
| 56 | Debbie & Althanasios Diniotis | $155,390.00 | $0.00 | $0.00 |
| 58 | CHICAGO WOLVES-ROSEMONT HOCKEY | $55,000.00 | $0.00 | $0.00 |
| 60a | RICHARD FRIEDMAN & ROBYN GILLIOM | $4,480.00 | $0.00 | $0.00 |
| 61 | TAURUS SUPPLY | $3,722.38 | $0.00 | $0.00 |
| 62a | Lee Anne Raucci | $887.35 | $0.00 | $0.00 |
| 63 | Independent Recycling Services Inc | $56,358.02 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 65a | Illinois Dept of Revenue | $1,307.09 | $0.00 | $0.00 |
| 66 | JAMES & CATHERINE RUDD | $1,826.33 | $0.00 | $0.00 |
| 68 | WATSON, BECKY (REBECCA P) | $7,732.00 | $0.00 | $0.00 |
| 69 | LOGAN SQUARE ALUMINUM SUPPLY INC | $29,447.30 | $0.00 | $0.00 |
| 70 | SILVER TOUHY LLC | $18,400.81 | $0.00 | $0.00 |
| 71 | LOGAN SQUARE ALUMINUM SUPPLY INC | $37,496.88 | $0.00 | $0.00 |
| 74 | CHICAGO BLACKHAWKS HOCKEY TEAM INC | $105,000.00 | $0.00 | $0.00 |
| 75 | EVERGREEN OAK ELECTRIC | $1,993.49 | $0.00 | $0.00 |
| 76 | Harry and Nancy Meislahn | $13,000.00 | $0.00 | $0.00 |
| 77 | Tribune Company | $46,514.99 | $0.00 | $0.00 |
| 78 | Stanley L Construction Inc | $15,307.88 | $0.00 | $0.00 |
| 79a | Carol Hernandez | $30,000.00 | $0.00 | $0.00 |
| 80 | WW REMODELING INC | $48,997.41 | $0.00 | $0.00 |
| 81 | Sun Times Media LLC | $118,580.00 | $0.00 | $0.00 |
| 82 | Joan Juozenas | $3,306.17 | $0.00 | $0.00 |
| 83 | Lukes Heating & Cooling LLC | $32,800.00 | $0.00 | $0.00 |
| 84 | APM Construction Inc | $27,289.69 | $0.00 | $0.00 |
| 85 | BABYLON CONSTRUCTION INC | $182,327.46 | $0.00 | $0.00 |
| 86 | CBEYOND | $1,195.44 | $0.00 | $0.00 |
| 87 | WINDOW TO THE WORLD COMMUNICATIONS INC. | $125,000.00 | $0.00 | $0.00 |
| 88 | COMCAST SPOTLIGHT NORTH CENTRAL DIVISION | $56,254.18 | $0.00 | $0.00 |
| 89 | CHICAGO WHITE SOX LTD | $81,822.67 | $0.00 | $0.00 |
| 93 | MKA Construction | $15,890.00 | $0.00 | $0.00 |
| 94 | Terrence L Wojciak, Sr | $3,000.00 | $0.00 | $0.00 |
| 95 | Novius Enterprises Corp | $21,157.41 | $0.00 | $0.00 |
| 97 | Illinois Bell Telephone Company | $223.15 | $0.00 | $0.00 |
| 98 | Waste Management | $1,383.38 | $0.00 | $0.00 |
| 100 | Brian Dickstein | $22,545.91 | $0.00 | $0.00 |
| 101 | Diana Dreiske Arnold | $35,534.00 | $0.00 | $0.00 |
| 102 | Holub, Robert and Shelly | $11,917.36 | $0.00 | $0.00 |
| 103 | Harvey & Jude Mahler | $1,975.00 | $0.00 | $0.00 |
| 104 | Valerie Rossi | $3,980.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 105 | Allied Building Products Corporation | $436,610.65 | $0.00 | $0.00 |
| 107 | Meredeth & Daniel O'Connor | $25,000.00 | $0.00 | $0.00 |
| 108 | James F. Bransfield | $79,196.04 | $0.00 | $0.00 |
| 109 | Brenda Griffin | $1,400.00 | $0.00 | $0.00 |
| 110 | David & Jeanette Shaw | $3,000.00 | $0.00 | $0.00 |
| 112 | Elizabeth Kearns | $7,763.00 | $0.00 | $0.00 |
| 113 | Ralph M Greinke Jr. | $2,000.00 | $0.00 | $0.00 |
| 115 | Wendell Young and Paula Young | $50,000.00 | $0.00 | $0.00 |
| 116 | American Exp Travel Related Svcs Co, Inc | $10,383.00 | $0.00 | $0.00 |
| 118 | City of Chicago | $900.00 | $0.00 | $0.00 |
| 119 | City of Chicago | $5,846.38 | $0.00 | $0.00 |
| 121a | Carolyn Smith | $3,062.50 | $0.00 | $0.00 |
| 122a | Smith, Treadwell and Carolyn | $3,062.50 | $0.00 | $0.00 |
| 123 | Masco Cabinetry | $277,993.21 | $0.00 | $0.00 |
| 124 | Michelle Harold | $150,000.00 | $0.00 | $0.00 |
| 128a | Mark & Heidi Smithson | $22,282.00 | $0.00 | $0.00 |
| 130 | Treadwell and Carolyn Smith | $8,325.00 | $0.00 | $0.00 |
| 133a | George & Isela Morales | $8,050.00 | $0.00 | $0.00 |
| 134 | Brown, Jackie | $2,500.00 | $0.00 | $0.00 |
| 135 | 22ND CENTURY MEDIA LLC. | $3,919.80 | $0.00 | $0.00 |
| 137 | Koelling, Gary & Dona | $300.00 | $0.00 | $0.00 |
| 139 | Neil and Amy Kelleher | $19,300.00 | $0.00 | $0.00 |
| 140 | James F. Bransfield | $79,196.04 | $0.00 | $0.00 |
| 141 | John and Pride Turner | $75,000.00 | $0.00 | $0.00 |
| 142 | Anthony & Felicia HILL | $4,000.00 | $0.00 | $0.00 |
| 144 | Jerry Construction Service, Inc. | $107,500.00 | $0.00 | $0.00 |
| 145 | Pitney Bowes Inc | $2,006.14 | $0.00 | $0.00 |
| 146 | Charles & Lille Geater | $3,100.00 | $0.00 | $0.00 |
| 148 | EUGENE DUNAJ | $2,014.37 | $0.00 | $0.00 |
| 149 | A&H LITHOPRINT | $2,856.75 | $0.00 | $0.00 |
| 150 | EVERGREEN OAK ELECTRIC SUPPLY | $1,594.79 | $0.00 | $0.00 |
| 151 | LEARFIELD COMMUNICATIONS INC | $57,940.00 | $0.00 | $0.00 |
| 152 | Diana Dreiske Arnold | $716.00 | $0.00 | $0.00 |
| 153 | EVERETT D. MCINTYRE | $300.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 154 | Ralph M Greinke Jr. | $2,000.00 | $0.00 | $0.00 |
| 156 | Anthony Lump | $2,200.00 | $0.00 | $0.00 |
| 157 | KORAB, GERALD | $15,823.97 | $0.00 | $0.00 |
| 158 | CG Logistics Coporation an II Corp | $2,763.30 | $0.00 | $0.00 |
| 159 | Masterbrand Cabinets Inc | $13,232.62 | $0.00 | $0.00 |
| 160 | Chicago Cubs Baseball Club LLC | $19,403.00 | $0.00 | $0.00 |
| 161 | Chicago Tribune Company LLC | $40,439.99 | $0.00 | $0.00 |
| 162 | Weigel Broadcasting Co | $15,467.00 | $0.00 | $0.00 |
| 163 | Evergreen Oak Electric | $1,993.49 | $0.00 | $0.00 |
| 164 | Humana, Inc | $210.23 | $0.00 | $0.00 |
| 165 | Marcia Suger-Clark | $10,805.07 | $0.00 | $0.00 |
| 166 | O'Connor Title Services, Inc. | $716.00 | $0.00 | $0.00 |
| 167 | Mary Ann Allen | $5,260.00 | $0.00 | $0.00 |
| 168 | BELINDA JACKSON | $5,000.00 | $0.00 | $0.00 |
| 170 | Callsource | $2,944.00 | $0.00 | $0.00 |
| 171 | Nicor Gas | $371.95 | $0.00 | $0.00 |
| 175 | KEVIN SKAGGS | $1,000.00 | $0.00 | $0.00 |
| 176 | Steven Pinsler | $546,610.55 | $0.00 | $0.00 |
| 177a | Bruce Pinsler | $845,189.02 | $0.00 | $0.00 |
| 178 | Doleg Services Inc | $8,810.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:     $0.00
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $5,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 180 | Rodeghero, Robert J | $5,000.00 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

**UST Form 101-7-NFR (10/1/2010)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
               Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)