## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **GALAXIE LUMBER &** | ) | |
| **CONSTRUCTION CO.,** | ) | Bankruptcy No. 12 B 28916 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

## NOTICE OF MOTION

**To:**   Patrick Layng
United States Trustee (by CM/ECF) **


PLEASE TAKE NOTICE that on **March 10, 2013 at 9:30 a.m.,** we will appear before the Honorable Jacqueline P. Cox or such other Judge as may be presiding in that Judge's stead, in courtroom 680, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present **Trustee's Motion to Advance Hearing on Trustee's Final Report and Associated Applications for Compensation,** a copy of which is attached hereto and served upon you herewith.


Date:  March 4, 2016                              **DAVID P. LEIBOWITZ, not individually, but as**
                                                  **the Chapter 7 Trustee of the Debtor's Estate**

                                                  By:   /s/ David P. Leibowitz
                                                        David P. Leibowitz (ARDC # 1612271)
                                                        Lakelaw
                                                        53 West Jackson Boulevard, Suite 1610
                                                        Chicago, Illinois 60604
                                                        847.249.9100

## CERTIFICATE OF SERVICE

On March 4, 2016, the undersigned certifies that on this date, she caused a copy of the above document to be served upon those on the Notice List above. ** indicates that those on the Court's CM/ECF notice list for this case also received notice.

                                                    /s/ Rachel A. Leibowitz
                                                         Legal Assistant

# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GALAXIE LUMBER & | ) | |
| CONSTRUCTION CO., | ) | Bankruptcy No. 12 B 28916 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

### Trustee's Motion to Advance Hearing on Trustee's Final Report and Associated Applications for Compensation

David P. Leibowitz ("Trustee"), not individually, but as the Chapter 7 Trustee for the estate of Galaxie Lumber & Construction Co. ("Debtor"), hereby moves for an immediate hearing on the Trustee's Final Report and Associated Applications for Compensation. In support of this Motion, the Trustee respectfully states as follows:[1]

## JURISDICTION

1.   This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (O).

2.   Venue is proper pursuant to 28 U.S.C. § 1408.

3.   By Internal Operating Procedure 15 of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination.

## FACTUAL & PROCEDURAL BACKGROUND

4.   On July 21, 2012 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

---

[1] All chapter, section and rule references, unless otherwise noted, are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532 ("Code"), and the Federal Rules of Bankruptcy Procedure, Rules 1001-9037.

5. David P. Leibowitz is the duly appointed, qualified, and acting chapter 7 Trustee in this case.

6. Trustee concluded his administration of the case and filed a final report and associated applications for compensation, with the approval of the United States Trustee on or about September 8, 2015.

7. Thereafter, Trustee learned for the first time that Debtor had sponsored a 401k plan under ERISA for the benefit of its employees.

8. Trustee learned that the Plan still had substantial assets which had to be distributed to the Debtor's former employees.

9. Pursuant to Section 704(a)(11) of the Bankruptcy Code, it became the Trustee's duty to continue to perform the obligations of the administrator of this 401k plan which is an employee benefit plan under the Employee Retirement Income Security Act of 1974.

10. Thereafter, the Trustee performed these duties, causing the Plan to be fully administered by transferring the remaining assets of the Plan either to the beneficiaries thereof or to a successor Plan for the benefit of those beneficiaries.

11. On February 16, 2016, this court continued the hearing on approval of the final report and compensation of professionals to March 30, 2016 (Dkt. 156).

12. On February 25, 2016, the United States Trustee filed the Amended Final Report which is identical to the prior final report filed, except for the expenditure of funds to finalize the administration of the ERISA plan as approved by the Court (Dkt. 154).

13. No party has objected to the final report as previously filed. It is in the interests of all parties in interest to advance the previously scheduled hearing so as to allow the Trustee to disburse funds to those entitled thereto and to allow him to close this case.

14. Trustee has consulted with the office of the United States Trustee which has no objection to the relief requested.

## REQUESTED RELIEF

15. The Trustee requests that the Court advance the hearing on allowance of compensation to professionals from March 30, 2016 to March 10, 2016 and at that time to approve the Amended Trustee's Final Report and the Applications for Professional Compensation previously presented to the Court.

## BASIS FOR REQUESTED RELIEF

16. All matters now before the court have previously been presented. No party in interest has objected to the relief requested previously.

17. This estate is administratively insolvent. Only professionals will receive any portion of this Estate and then, only a fraction of the compensation to which they otherwise might have been entitled.

18. The Court has the inherent authority to organize its docket.

## NOTICE

19. Notice of the initially filed Trustee's final report was given to Debtor, their counsel, the Office of the United States Trustee, all known creditors of this estate, and those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure. No party has appeared or objected. Notice of the present motion has been provided to the United States Trustees and all those receiving notice through the Court's CM/ECF system. In light of the nature of the relief requested, the Trustee requests that this Court find the notice provided for herein sufficient under the circumstances and waive and dispense with any further notice requirements.

**WHEREFORE**, David P. Leibowitz, chapter 7 Trustee of the estate of Galaxie Lumber & Construction Co., respectfully requests that this Court enter an order:

(i) granting this Motion;

(ii) approving the Trustee's Amended Final Report

(iii) granting professional compensation to those who requested it previously in the amounts requested and

(iv) granting such other and further relief as the Court deems just and proper.

Dated: March 4, 2016                               Respectfully submitted,

**DAVID P. LEIBOWITZ, not individually, but as the Chapter 7 Trustee of the Debtor's Estate**

By:   /s/ David P. Leibowitz
       David P. Leibowitz (ARDC # 1612271)
       Lakelaw
       53 West Jackson Boulevard, Suite 1610
       Chicago, Illinois 60604
       847.249.9100