UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GALAXIE LUMBER & | ) | |
| CONSTRUCTION CO., | ) | Bankruptcy No. 12 B 28916 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

### Order Granting Trustee's Motion to Advance Hearing on Trustee's Final Report and Associated Applications for Compensation

This matter coming on to be heard upon the Motion of David P. Leibowitz, the Chapter 7 Trustee (the "Trustee") for the estate of Galaxie Lumber & Construction Co. ("Debtor"), pursuant to Federal Rule of Bankruptcy Procedure 9019, requesting entry of an order to Advance Hearing on Trustee's Final Report and Associated Applications for Compensation); due and proper notice having been given; and the Court having considered the Motion and the statements of counsel and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED:**

The Motion is granted. The Trustee's Amended Final Report is approved. The Court shall address applications for professional compensation by separate orders for each professional affected.

Date: 3-10-16

Enter: _____
Honorable Jacqueline P. Cox
United States Bankruptcy Judge

Prepared By:

David P. Leibowitz (ARDC # 1612271)
Lakelaw
53 West Jackson Boulevard, Suite 1610
Chicago, Illinois 60604
847.249.9100